**In the United States District Court**
**for the District of Kansas**

---

Case No. 23-cv-02021-TC

---

COLLEEN STUART, ET AL.,

*Plaintiffs*

v.

TOPEKA, KANSAS, CITY OF, ET AL.,

*Defendants*

---

# VERDICT FORM

September 19, 2024

## Verdict Regarding Plaintiff Stuart

We the jury, present the following answers to the questions submitted by the Court, to which we have unanimously agreed:

### Part A

**On the sex discrimination claim of Plaintiff Colleen Stuart, we find in favor of**

___X___ Plaintiff Colleen Stuart

_______ Defendant City of Topeka, Kansas

*Proceed to Part B only if the above finding is in favor of Plaintiff Colleen Stuart. If the above finding is in favor of Defendant City of Topeka, Kansas, skip to Part C.*

**Part B**

For any damages that you find the City of Topeka, Kansas caused Colleen Stuart, write the sum of money that would fairly and reasonably compensate Ms. Stuart for each category of damages listed below. Answer in dollars and cents for these categories of damages and do not consider or include any other categories of damages.

(a) Compensatory damages for emotional pain and suffering, humiliation, embarrassment, and mental anguish:

$200,000

(b) Back pay and benefits from the date of the failure to promote Ms. Stuart to the position of Major through today:

$35,277.58

(c) Front pay and benefits equivalent to the present value of any future wages and benefits Ms. Stuart might have earned had she been promoted to Major in 2021:

$42,593.67

**Part C**

Was the jury's agreement on the above questions unanimous?

X Yes

__________ No

The jury foreperson must sign and date this Verdict Form regarding Plaintiff Colleen Stuart below.

9-19-2024 [redacted]

DATE FOREPERSON

**Verdict Regarding Plaintiff Harden**

We the jury, present the following answers to the questions submitted by the Court, to which we have unanimously agreed:

**Part A**

**On the sex discrimination claim of Plaintiff Jana Harden, we find in favor of**

__X__ Plaintiff Jana Harden

______ Defendant City of Topeka, Kansas

*Proceed to Part B only if the above finding is in favor of Plaintiff Jana Harden. If the above finding is in favor of Defendant City of Topeka, Kansas, skip to Part C.*

**Part B**

For any damages that you find the City of Topeka, Kansas caused Jana Harden, write the sum of money that would fairly and reasonably compensate Ms. Harden for each category of damages listed below. Answer in dollars and cents for these categories of damages and do not consider or include any other categories of damages.

(a) Compensatory damages for emotional pain and suffering, humiliation, embarrassment, and mental anguish:

$ 200,000

(b) Back pay and benefits from the date of the failure to promote Ms. Harden to the position of Major through today:

$ 11,059.20

(c) Front pay and benefits equivalent to the present value of any future wages and benefits Ms. Harden might have earned had she been promoted to Major in 2021:

$ 0

**Part C**

Was the jury's agreement on the above questions unanimous?

X Yes

______ No

The jury foreperson must sign and date this Verdict Form regarding Plaintiff Jana Harden below.

9-19-2024
DATE

[redacted]
FOREPERSON