## THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **COLLEEN STUART, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 2:23-cv-020221-TC** |
| | ) | |
| **CITY OF TOPEKA, KANSAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### <u>AFFIDAVIT OF MARK A. JESS</u>

1.      My name is Mark Allen Jess.  I am over the age of 18 years and I make this affidavit based on my own personal knowledge.

2.      I have practiced law for over 34 years.  For approximately 31 years, I have specialized in employment litigation.

3.      Prior to opening my own practice in September 2003, I was a partner with Bryan Cave LLP and I headed up the Labor and Employment Department for that firm's Kansas City office.

4.      I have had a Martindale Hubbell "AV-Preeminent" rating for employment law for over 25 years.  For the last few years, Martindale Hubbell has published a "Judicial Edition" in which I am awarded "AV-Preeminent" and reported to have the "highest possible rating in both legal ability and ethical standards."

5.      In addition, I've been named as a "Best Lawyer in America" for labor and employment law for over 20 years and have been named multiple times as a "Super Lawyer" in Kansas and Missouri and the same as a "Best Lawyer" by the Kansas City Business Journal.

6.    Employee Rights Law Firm, the firm I founded in 2003 and which Christie Jess and I lead, has been named for the past several years as a Best Law Firm in America for employment law.

7.    I authored Chapter Two of the Missouri Bar CLE publication, ***Employment Discrimination Deskbook***, Second Edition, entitled, "*The Missouri Human Rights Act – An Overview.*"

8.    I had the honor of serving for a number of years on the faculty of the Missouri Bar's Advanced Trial College for lawyers.

9.    Twenty one years ago and prior to resigning my partnership in 2003 at Bryan Cave, I charged clients from $285 to $300 per hour.

10.    Upon opening my own practice, I charged all hourly fee clients $300 per hour. Beginning January 2007, I charged all hourly fee clients $400 per hour. Beginning January 2011, I charged all hourly fee clients $450 per hour. Since 2015, I would charge hourly clients $850 per hour.

11.    Plaintiffs' contingent fee contracts with counsel provides that counsel will not receive fees unless counsel is successful in obtaining a recovery for them. Under the contracts, counsel is to receive the greater of a set percentage of the amount awarded to Plaintiffs or the fees awarded by the Court.

12.    This contingent fee contract is reasonable and within the parameters of other employment litigation specialists in the State of Kansas area who have comparable experience and ability.

13.    On August 2, 2005, I received a jury verdict for $311,600 in actual damages for race discrimination under the Missouri Human Rights Act in the case

*Gorker v. Kansas City Missouri School District*, Case No. 04-CV-200068, Jackson County Circuit Court. On November 22, 2005, Judge Thomas Clark awarded my firm 100% of the amount we requested in attorneys' fees, $88,620. This award compensated my firm for my time at the rate of $300 per hour.

14.    On February 3, 2006, co-counsel Brendan Donelon and I obtained a jury verdict for $610,000 in actual and punitive damages for retaliation under the Missouri Human Rights Act in the case *Bryant v. Boys and Girls Club of Greater Kansas City*, Case No. 04-CV-235373, Jackson County Circuit Court. The case was resolved before the entry of any award for attorneys' fees.

15.    On June 20, 2007, co-counsel James Boggs and I obtained judgment on a jury verdict for $131,340 in actual and punitive damages for age discrimination under the Missouri Human Rights Act in the case *McGeeney v. Hendrick Corp., et al.*, Case No. 0616-CV16110, Jackson County Circuit Court. The case was resolved before the entry of any award for attorneys' fees.

16.    On January 25, 2008, co-counsel David Lunceford and I obtained a jury verdict for $60,000 under Missouri's Public Employee Whistleblower Statute, RSMo. § 105.055. Our client was involuntarily transferred to another facility because he blew the whistle on illegal conduct. The case style is *Holmes v. Missouri Department of Corrections, et al.*, Case No. 0616-CV01064, Jackson County Circuit Court. On May 6, 2008, Judge Vernon Scoville entered judgment for the plaintiff in the amount of $294,639.75. Of this amount, the Court awarded $234,639.75 in attorneys' fees and costs. Judge Scoville awarded fees for my time at $400 per hour.

17.    In addition to briefing and arguing previous cases before the Missouri Court of Appeals for the Western District and the Missouri Supreme Court, I briefed and argued *Morrow v. Hallmark Cards, Inc.*, 273 S.W.3d 15, (Mo.App.W.D. 2008 *en banc*) in which the Court reversed and remanded an order requiring the plaintiff to arbitrate her Missouri Human Rights Act claims.

18.    On June 19, 2008, in *Howard v. City of Kansas City*, Judge Gerald McBeth awarded 100% of the fees requested for my time at the rate of $400 per hour. After adding fees, costs and prejudgment interest, the amount of the total judgment exceeded $2.4 Million. The Missouri Supreme Court affirmed that judgment.

19.    On April 25, 2009, counsel received a verdict of $6500 plus attorneys' fees in a Family and Medical Leave Act retaliation case in *Defenbaugh v. WINCO Fireworks International, LCC*, Case No. 06-CV-02516-CM-JPO (D.Kan. 2009). The parties resolved the case prior to any entry of an award of attorneys' fees.

20.    On March 3, 2011, counsel received a verdict in the gender discrimination action involving two female plaintiffs, *Jordan Griffin et al. v. City of Kansas City*, Case No. 0916-CV27999, for $2,663,100.00 and an award of attorneys fees of $307,125.00 in the Circuit Court of Jackson County, Missouri.

21.    Since opening our firm in 2003, we and our co-counsel in previous cases have obtained over $70 Million in verdicts and settlements for employees.

22.    After practicing law over 34 years, I've had the opportunity to meet many fine lawyers all over the State of Kansas. I am unaware of any attorney specializing in employment law with the experience and ability to handle a complex employment case such as this one. I did do a Google search for "plaintiffs employment lawyers in Topeka,

Kansas" today and I was able to find one attorney, Bruce Brumley of Brumley Law Offices, who based solely on that firm's website, may have the adequate experience and knowledge to prosecute this case, but the website also notes he and his partner also do auto accident cases and workers compensation. Suffice it to say, due to the dearth of qualified plaintiff's employment law attorneys in Topeka, the Plaintiffs here were required to bring in experienced and specialized employment attorneys from Kansas City.

23. By their Complaint filed on January 18, 2023 [doc. 1], Plaintiffs Colleen Stuart, Jana Harden and Jennifer Cross brought this action for gender discrimination in violation of Title VII against Defendant City of Topeka (Count I), in that Defendant Topeka failed to promote Plaintiffs based on their sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et seq., ("Title VII"); violation of 42 U.S.C. § 1983 by violating their 14th Amendment rights to equal treatment because of their gender against Defendant Topeka by failing to promote them (Count II). Additionally, Plaintiffs claimed that Defendant Topeka had a policy, practice, or custom of not promoting qualified candidates, including Plaintiffs, because of their sex in violation of Section 1983, making Defendant Topeka liable under *Monell*. And lastly, Plaintiffs filed a claim against Defendant, Bryan Wheeles, in his individual capacity, in violation of 42 U.S.C. § 1983 by violating their 14th Amendment rights to equal treatment because of their gender by failing to promote them (Count III).

24. Defendants filed their Answer to the Complaint on February 23, 2023 [doc. 2].

25. The parties engaged in and conducted extensive but appropriate and necessary discovery through November 8, 2023, including fourteen (14) depositions.

26. On January 19, 2024, Defendants moved for summary judgement [doc. 57]. After the matter was fully briefed, the Court denied Defendant's Motion for Summary Judgment on August 9, 2024, as to Plaintiffs' Colleen Stuart and Jana Harden's Title VII gender discrimination claims against Defendant, City of Topeka, Kansas. [doc. 77].

27. The case proceeded to a jury trial on September 16, 2024, which necessitated all attendant jury trial-related preparation and filings including, but not limited to, requested jury instructions, proposed voir dire questions, an Agreed Pretrial Order and pretrial *in limine* motions.

28. The jury verdict was in favor of Plaintiffs, Stuart and Harden and against Defendant, City of Topeka on Plaintiffs' gender discrimination Title VII claim. The jury awarded Colleen Stuart $35,277.58 in back pay economic damages, $42,593.67 in front pay economic damages and $200,000 in compensatory damages and awarded Jana Harden $11,059.20 in back pay economic damages and $200,000 in compensatory damages. [doc. 113].

29. In rendering professional services in prosecuting Plaintiffs' claims in this litigation, and in succeeding thereon, Plaintiffs' counsel, Mark Jess, Christie Jess, Eric Playter and Christopher Playter, have expended **1,370.95 billed hours** on the case. A reasonable hourly rate for the time expended by Plaintiff's principal lawyer, Mark A. Jess is $850.00 per hour, $600.00 per hour for Christie Jess for her pretrial work, $760.00 for Eric Playter and $550.00 per hour for Christopher Playter respectively. The reasonable hourly rates for Mark A. Jess, Christie Jess, Eric Playter and Christopher Playter, combined with the total hours billed calculates to a total fee of **$910,242.50** for services provided from January 13, 2022 through November 7, 2024.

30.     The amounts of time Plaintiffs' legal team were required to expend are reasonable and fair, as are the requested hourly rates.  Moreover, Plaintiffs' counsel's work on the dimmissed Section 1983 claims and the dismissed claims for Jennifer Cross (who was still a key witness at trial) would have been required for successful prosecution of this case for Plaintiffs in any event.

31.     Title VII allows courts to award attorney fees to the prevailing party. "In any action or proceeding under this subchapter the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee (including expert fees) as part of the costs. . . ." 42 U.S.C. § 2000e-5(k). "When a plaintiff secures an 'enforceable judgmen[t] on the merits' . . . that plaintiff is the prevailing party because [s]he has received a 'judicially sanctioned change in the legal relationship of the parties.'" *CRST Van Expedited, Inc. v. Equal Emp't Opportunity Comm'n*, 578 U.S. 419, 422 (2016) (quoting *Buckhannon Board & Care Home, Inc. v. West Virginia Dept. of Health and Human Resources*, 532 U.S. 598, 604 (2001)). "A prevailing plaintiff ordinarily is to be awarded attorney's fees in all but special circumstances." *Christiansburg Garment Co v. Equal Emp't Opportunity Comm'n.*, 434 U.S. 412, 417 (1978) (citing *Albemarle Paper Co. v Moody*, 422 U.S. 405, 415 (1975) and *Northcross v. Memphis Board of Education*, 412 U.S. 427, 428 (1973)).

32.     In the case at bar, Plaintiffs have achieved success on the merits. As evidenced by the Court's entry of the jury's verdict on the merits, Plaintiffs succeeded on their gender discrimination/failure to promote counts. Therefore, Plaintiffs are entitled to be awarded their reasonable attorney's fees and no "special circumstances" militate against such an award.

33.    The Tenth Circuit Court of Appeals instructs as follows about the proper

procedure for determining a reasonable attorney fee:

> "To determine a reasonable attorneys fee, the
> district court must arrive at a "lodestar" figure by
> multiplying the hours plaintiffs' counsel reasonably
> spent on the litigation by a reasonable hourly rate.
> The fee applicant bears the burden of establishing
> entitlement to an award and documenting the
> appropriate hours expended and hourly rates."

*Case v. Unified School Dist. No. 233, Johnson Cnty, Kan.*, 157.

F.3d 1243, 1249 (10th Cir. 1998). The lodestar amount yields the

presumptively reasonable attorney fee, but the "presumption may

be overcome in those rare circumstances in which the lodestar does

not adequately take into account a factor that may properly be

considered in determining a reasonable fee." *Perdue v. Kenny A.*

*ex rel. Winn*, 559 U.S. 542, 554 (2010).

34.    With regard to the "reasonable hourly rate," courts must "determine what

lawyers of comparable skill and experience practicing in the area in which the

litigation occurs would charge for their time." *Case*, 157 F.3d at 1256

(quotations omitted). The court may consider affidavits submitted by the

parties and other reliable evidence of local market rates." *Id.* If the court does

not have adequate evidence of prevailing market rates, the court may also "use

other relevant factors, including its own knowledge, to establish the rate." *Id.*

STATE OF MISSOURI      )
                       )
COUNTY OF JACKSON      )

     I, Mark Allen Jess, being duly sworn upon my oath, state that the above and foregoing affidavit is true and correct.

                                  _____

                                  Mark Allen Jess

     SUBSCRIBED AND SWORN TO before me this 7th day of November, 2024.

                                  _____

                                  Notary Public

My Commission Expires:\_\_\_2-13-26_____

CHRISTIE E JESS
Notary Public, Notary Seal
State of Missouri
Platte County
Commission # 09794205
My Commission Expires 02-13-2026

| | MARK JESS | | | | | |
|---|---|---|---|---|---|---|

| Total Billable Hours | | | |
|---|---|---|---|
| 382.75 | | | |
| $ | | 325,337.50 | |

| Date | Client | Total Time | Billable Hours | Description of Work/Project | Hourly Rate | Billable $ |
|---|---|---|---|---|---|---|
| 1/13/22 | Stuart, Harden, Cross | 0.20 | 0.20 | review email from potential client/AND  email from CJ to | $850.00 | $ 170.00 |
| 1/20/22 | | 0.20 | 0.20 | R clients timeline | $850.00 | $ 170.00 |
| 1/22/22 | | 0.10 | 0.10 | review fee agreements | $850.00 | $ 85.00 |
| 1/22/22 | | 0.30 | 0.30 | R & RT to co-counsel Corrsp regarding type of claims to assert | $850.00 | $ 255.00 |
| 2/1/22 | | 0.50 | 0.50 | Discussion w/ CJ re: RS types of claims to assert | $850.00 | $ 425.00 |
| 2/4/22 | | 1.20 | 1.20 | T/C Mtg clients and CJ | $850.00 | $ 1,020.00 |
| 2/16/22 | | 0.50 | 0.50 | Prepare representation and spoliation letter to Defendant | $850.00 | $ 425.00 |
| 2/17/22 | | 0.20 | 0.20 | R Corresp from clients (JH, CS) | $850.00 | $ 170.00 |
| 2/17/22 | | 0.10 | 0.10 | R Corresp from CC | $850.00 | $ 85.00 |
| 2/7/22 | | 0.75 | 0.75 | T/C Mtg w/ J.C. | $850.00 | $ 637.50 |
| 2/14/22 | | 0.10 | 0.10 | R Corresp from CC Re: 1983 | $850.00 | $ 85.00 |
| 2/18/22 | | 0.20 | 0.20 | R Corresp from JH (3 emails) | $850.00 | $ 170.00 |
| 2/19/22 | | 0.10 | 0.10 | R Corresp fr/ JH | $850.00 | $ 85.00 |
| 2/21/22 | | 1.00 | 1.00 | R 13 emails fr/ CC and Clients re: demand letter to City of Topeka | $850.00 | $ 850.00 |
| 2/23/22 | | 0.50 | 0.50 | R 5 emails from Clients and CC | $850.00 | $ 425.00 |
| 3/23/22 | | 1.00 | 1.00 | FaceTime meeting with clients in Topeka | $850.00 | $ 850.00 |
| 3/7/22 | | 0.20 | 0.20 | R correspondence from JH and CC | $850.00 | $ 170.00 |
| 3/14/22 | | 0.30 | 0.30 | R 3 emails w CS regarding update | $850.00 | $ 255.00 |
| 3/22/22 | | 0.40 | 0.40 | Email 4 correpondence w JH and CS | $850.00 | $ 340.00 |

| Date | | | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/22 | 0.80 | 0.80 | R 6 Email w/ COD draft and questions CS/JH | $850.00 | $ 680.00 |
| 4/20/22 | 0.20 | 0.20 | R 2 emails from JC re: COD | $850.00 | $ 170.00 |
| 5/2/22 | 0.30 | 0.30 | R 3 emails from JH, CS and JC re: CODs | $850.00 | $ 255.00 |
| 5/9/22 | 0.10 | 0.10 | R JC email re: COD | $850.00 | $ 85.00 |
| 5/17/22 | 0.20 | 0.20 | emails w/ CS re COD | $850.00 | $ 170.00 |
| 5/19/22 | 0.20 | 0.20 | Exchange JH emails re COD | $850.00 | $ 170.00 |
| 5/23/22 | 0.30 | 0.30 | R 3 Emails from KS EEOC Intake | $850.00 | $ 255.00 |
| 5/24/22 | 0.60 | 0.60 | send 4  emails to clients re: EEOC | $850.00 | $ 510.00 |
| 5/24/22 | 0.20 | 0.20 | R email from EEOC and CJ providing information requested | $850.00 | $ 170.00 |
| 6/6/22 | 0.30 | 0.30 | Email exchange w/ JH re: concerns at work | $850.00 | $ 255.00 |
| 6/10/22 | 0.20 | 0.20 | R Email from EEOC re: CS | $850.00 | $ 170.00 |
| 6/15/22 | 0.20 | 0.20 | R email from JC re: EEOC filing | $850.00 | $ 170.00 |
| 7/25/22 | 0.30 | 0.30 | Email drafted Info requested by EEOC Harden | $850.00 | $ 255.00 |
| 8/15/22 | 0.20 | 0.20 | R email from JC re: HR findings | $850.00 | $ 170.00 |
| 8/23/22 | 0.20 | 0.20 | R email fr EEOC re: CS | $850.00 | $ 170.00 |
| 9/26/22 | 0.60 | 0.60 | R email and attachment from JH re: Def position statement with EEOC | $850.00 | $ 510.00 |
| 9/27/22 | 0.10 | 0.10 | R email fr CS re: Def Position stmt w EEOC | $850.00 | $ 85.00 |
| 10/11/22 | 0.30 | 0.30 | R 3 emails from EEOC re: FOIA request | $850.00 | $ 255.00 |
| 10/26/22 | 0.30 | 0.30 | R 3 emails from EEOC re: CS, JH and JC RTS ltrs | $850.00 | $ 255.00 |
| 10/28/22 | 0.10 | 0.10 | R Email from JC re: RTS | $850.00 | $ 85.00 |
| 11/21/22 | 0.30 | 0.30 | R Email from CS r:Wheeles / attachment | $850.00 | $ 255.00 |
| 11/30/22 | 0.60 | 0.60 | Research Dkan Local rules, email team | $850.00 | $ 510.00 |
| 12/27/22 | 1.50 | 1.50 | Email team regarding complaint drafting and counts to include, | $850.00 | $ 1,275.00 |

| 12/29/22 | | 0.20 | 0.20 | Email team re: Complaint first draft | $850.00 | $ | 170.00 |
|---|---|---|---|---|---|---|---|
| 12/29/22 | | 7.20 | 7.20 | Draft complaint | $850.00 | $ | 6,120.00 |
| 1/8/23 | | 0.30 | 0.30 | R 3 emails from JC ltr received from HR | $850.00 | $ | 255.00 |
| 1/11/23 | | 0.20 | 0.20 | email to team re: complaint changes | $850.00 | $ | 170.00 |
| 1/15/23 | | 0.20 | 0.20 | emails w/ EP re: co counsel | $850.00 | $ | 170.00 |
| 1/19/23 | | 0.10 | 0.10 | R KSD CMECF entry for case filing | $850.00 | $ | 85.00 |
| 1/19/23 | | 0.30 | 0.30 | Review final pleadings for case complaint | $850.00 | $ | 255.00 |
| 1/19/23 | | 0.20 | 0.20 | Rev CJ email to court and summons and preparation of summons | $850.00 | $ | 170.00 |
| 1/19/23 | | 0.20 | 0.20 | Email from WIBW-TV re: information about lawsuit/ email in | $850.00 | $ | 170.00 |
| 1/19/23 | | 0.10 | 0.10 | Email from Tim Hrenchir at Topeka Capital-Journal re: lawsuit | $850.00 | $ | 85.00 |
| 1/19/23 | | 0.80 | 0.80 | R 5 emails with clients re: concerns about publicity | $850.00 | $ | 680.00 |
| 1/20/23 | | 0.60 | 0.60 | 4 emails with clients re: concerns that story was published | $850.00 | $ | 510.00 |
| 1/20/23 | | 1.50 | 1.50 | R 9 emails with City of Topeka re: service of process | $850.00 | $ | 1,275.00 |
| 1/26/23 | | 0.20 | 0.20 | R Email fr CS | $850.00 | $ | 170.00 |
| 1/27/23 | | 0.10 | 0.10 | Rev CJ Email response to CS | $850.00 | $ | 85.00 |
| 2/7/23 | | 0.20 | 0.20 | r KSD CMECF entry for Wheeles ext of time to respond | $850.00 | $ | 170.00 |
| 2/7/23 | | 0.20 | 0.20 | r KSD CMECF entry setting initial scheduling dates | $850.00 | $ | 170.00 |
| 2/7/23 | | 0.20 | 0.20 | rec and accept calendar dates and rv email to clients re dates | $850.00 | $ | 170.00 |
| 2/7/23 | | 1.50 | 1.50 | R email from P Gragson re:scheduling order, Emails from | $850.00 | $ | 1,275.00 |
| 2/20/23 | | 0.20 | 0.20 | R email from JH re: 4th major position | $850.00 | $ | 170.00 |
| 2/20/23 | | 2.30 | 2.30 | t/c discussions regarding JH's offer | $850.00 | $ | 1,955.00 |
| 2/22/23 | | 1.30 | 1.30 | t/c with P. Gragson and subsequent call with clients re: promotion | $850.00 | $ | 1,105.00 |
| 2/22/23 | | 1.30 | 1.30 | R 9 emails with Playters, clients and CJ re: promotions | $850.00 | $ | 1,105.00 |
| 2/23/23 | | 0.40 | 0.40 | 4 emails exchanges from court, clients regarding Def Answers filed | $850.00 | $ | 340.00 |
| 2/23/23 | | 0.60 | 0.60 | Review Defendant's Answer | $850.00 | $ | 510.00 |

| Date | Hours | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 2/24/23 | 2.00 | 2.00 | R 11 emails between attorneys and clients regarding strategy of | $850.00 | $ 1,700.00 |
| 2/24/23 | 1.30 | 1.30 | R Court's order regarding planning scheduling, calendar and notify | $850.00 | $ 1,105.00 |
| 2/27/23 | 0.80 | 0.80 | Review court's order, look at calendar for available dates, Email to | $850.00 | $ 680.00 |
| 2/27/23 | 1.30 | 1.30 | R and email (9 total) w/ clients, OC, co-counsel re: J. Wheeles and | $850.00 | $ 1,105.00 |
| 2/28/23 | 0.10 | 0.10 | R Email from CS r: settinga meeting to discuss status | $850.00 | $ 85.00 |
| 3/1/23 | 0.50 | 0.50 | 4 email exchange w/ OC, Co-counsel re: J. Wheeles | $850.00 | $ 425.00 |
| 3/2/23 | 1.30 | 1.30 | 13 emails exchange re: J. Wheeles w/ OC, Co-counsel, MJ and JH and JC | $850.00 | $ 1,105.00 |
| 3/6/23 | 0.20 | 0.20 | Rev CJ email to OC and R email from OC re: scheduling meeting | $850.00 | $ 170.00 |
| 3/10/23 | 0.90 | 0.90 | Rev schedling order and hve scheduling confeence w/ OC | $850.00 | $ 765.00 |
| 3/23/23 | 0.20 | 0.20 | Rev CJ Email exchange w/ OC re: scheduling Order of Rule 26 | $850.00 | $ 170.00 |
| 3/23/23 | 0.20 | 0.20 | R: emails JC re: rules of conduct | $850.00 | $ 170.00 |
| 3/23/23 | 0.70 | 0.70 | R redlined scheduling order fr/ oc, exchange emails. | $850.00 | $ 595.00 |
| 3/23/23 | 0.80 | 0.80 | review rule 26 disclosures | $850.00 | $ 680.00 |
| 3/24/23 | 0.20 | 0.20 | R emails from CP andJC re: rule 26 disclosures | $850.00 | $ 170.00 |
| 3/24/23 | 0.40 | 0.40 | email and rec email w/ oc's office re: information needed to file sch | $850.00 | $ 340.00 |
| 3/25/23 | 0.30 | 0.30 | emails re: scheduling order (3) | $850.00 | $ 255.00 |
| 3/27/23 | 0.20 | 0.20 | R email from Schwartz re: OC info | $850.00 | $ 170.00 |
| 3/27/23 | 0.90 | 0.90 | R Defendant's initial Rule 26 disclosures, file w/ dropbox, provide | $850.00 | $ 765.00 |
| 4/5/23 | 2.00 | 2.00 | prepare and attend scheduling conference held | $850.00 | $ 1,700.00 |
| 4/5/23 | 0.10 | 0.10 | Review docket entry (2 entries) | $850.00 | $ 85.00 |
| 4/5/23 | 0.90 | 0.90 | accept calendar dates, discuss status w/ CJ | $850.00 | $ 765.00 |
| 4/6/23 | 0.30 | 0.30 | Rev Motion and Protective Order for OC's consideration, Rev email to OC | $850.00 | $ 255.00 |
| 4/6/23 | 0.50 | 0.50 | Email exchange w/ OC re:Protective order(4) | $850.00 | $ 425.00 |
| 4/6/23 | 0.10 | 0.10 | Rev court docket entry re: protective order | $850.00 | $ 85.00 |
| 4/11/23 | 0.30 | 0.30 | R CS retirement and damage calculations | $850.00 | $ 255.00 |

| Date | | | Description | Rate | | Amount |
|---|---|---|---|---|---|---|
| 4/12/23 | | 0.30 | 0.30 | R JC Retirment and damage calcuations | $850.00 | $ | 255.00 |
| 4/12/23 | | 0.20 | 0.20 | R emotional distress matrix | $850.00 | $ | 170.00 |
| 4/12/23 | | 1.50 | 1.50 | meeting w/ co-counsel regarding demand | $850.00 | $ | 1,275.00 |
| 4/12/23 | | 0.90 | 0.90 | t/c with plaintiffs regarding initial demand | $850.00 | $ | 765.00 |
| 4/12/23 | | 0.40 | 0.40 | Prepare initial demand to Def | $850.00 | $ | 340.00 |
| 4/13/23 | | 0.20 | 0.20 | R email from Schwartz' chambers re: protective order | $850.00 | $ | 170.00 |
| 4/13/24 | | 0.30 | 0.30 | R KSD CMECF entry for case filing (2 filings) | $850.00 | $ | 255.00 |
| 4/13/23 | | 0.50 | 0.50 | R email from CP re: medical record release concerns/discussions w/ CJ | $850.00 | $ | 425.00 |
| 4/13/23 | | 0.50 | 0.50 | R Email from CS with attachments re: promotional process | $850.00 | $ | 425.00 |
| 4/18/23 | | 0.30 | 0.30 | R 3 email from OC r: rue 26 docs | $850.00 | $ | 255.00 |
| 4/19-4/30 | | 1.50 | 1.50 | Review documents produced with intial disclosures | $850.00 | $ | 1,275.00 |
| 4/18/23 | | 0.80 | 0.80 | JH production of documents, review and prepare for production | $850.00 | $ | 680.00 |
| 4/20/23 | | 0.40 | 0.40 | Rec and Review Def first discovery requests to plaintiffs including | $850.00 | $ | 340.00 |
| 4/20/23 | | 0.10 | 0.10 | R KSD CMECF entry for Def discov | $850.00 | $ | 85.00 |
| 4/20/23 | | 0.20 | 0.20 | Rev CJ email disc to plaintiffs, email exchanges regarding completion and | $850.00 | $ | 170.00 |
| 4/20/23 | | 1.00 | 1.00 | discussion withCJJ re: changes to protective order and whether to | $850.00 | $ | 850.00 |
| 4/21/23 | | 0.20 | 0.20 | email to schwartz chambers re: protective order change | $850.00 | $ | 170.00 |
| 4/21/23 | | 0.50 | 0.50 | 4 email exchange with oc/court/CJ re: protective order changes | $850.00 | $ | 425.00 |
| 4/22/23 | | 0.10 | 0.10 | R email from JC re meeting | $850.00 | $ | 85.00 |
| 4/25/23 | | 0.80 | 0.80 | r email from court with attachment re: protective order issue, calendar | $850.00 | $ | 680.00 |
| 4/25/23 | | 2.10 | 2.10 | R defendants' counter offer, discuss with co-counsel and clients | $850.00 | $ | 1,785.00 |
| 4/25/23 | | 0.40 | 0.40 | email exchange with OC regarding setting up call to discuss protective | $850.00 | $ | 340.00 |
| 4/26/23 | | 1.50 | 1.50 | T/C meetingw/ OC CJ to discuss protective order issue / prepare for | $850.00 | $ | 1,275.00 |
| 4/26/23 | | 1.00 | 1.00 | email exchange w/ OC re: meeting and records w attachments | $850.00 | $ | 850.00 |
| 4/20-5/1/23 | | 0.90 | 0.90 | Reviewfirst draft discovery to defendant | $850.00 | $ | 765.00 |

| Date | | Hours | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/23 | | 1.40 | 1.40 | email to CP and re email response re: discovery requests to Def w | $850.00 | $ 1,190.00 |
| 5/1/23 | | 0.20 | 0.20 | Draft email re: drafting of protective order issues | $850.00 | $ 170.00 |
| 5/1/23 | | 0.20 | 0.20 | email to OC re: medical records | $850.00 | $ 170.00 |
| 5/5/23 | | 0.30 | 0.30 | R Email w/ discovery drafted responses from JC - review | $850.00 | $ 255.00 |
| 5/7/23 | | 0.30 | 0.30 | R email w/ attachments from JH re: discovery responses | $850.00 | $ 255.00 |
| 5/8/23 | | 0.50 | 0.50 | emails w/OC re: medical records | $850.00 | $ 425.00 |
| 5/9/23 | | 1.70 | 1.70 | R Email from Schwartz re:  court needing the mediation statement | $850.00 | $ 1,445.00 |
| 5/9/23 | | 0.30 | 0.30 | emails exchange w/ OC re: meeting and records | $850.00 | $ 255.00 |
| 5/9/23 | | 0.10 | 0.10 | R KSD CMECF entry for Plt discov | $850.00 | $ 85.00 |
| 5/9/23 | | 2.00 | 2.00 | Meeting w/ CJ and prepare settlement report to Schwartz and | $850.00 | $ 1,700.00 |
| 5/9/23 | | 0.30 | 0.30 | R CS discovery responses | $850.00 | $ 255.00 |
| 5/10/23 | | 0.30 | 0.30 | R JC discovery response updated information | $850.00 | $ 255.00 |
| 5/10/23 | | 0.20 | 0.20 | emails with OC re: medical records | $850.00 | $ 170.00 |
| 5/12/23 | | 1.00 | 1.00 | R email from JC r: updated docs and information to her discovery | $850.00 | $ 850.00 |
| 5/15/23 | | 0.10 | 0.10 | R email from JC re: status | $850.00 | $ 85.00 |
| 5/16/23 | | 0.30 | 0.30 | review CP objections and answers to discvoery responses that he prepared | $850.00 | $ 255.00 |
| 5/18/23 | | 0.50 | 0.50 | Rec and review Schwartz minute entry to choose a mediator. | $850.00 | $ 425.00 |
| 5/19/23 | | 0.30 | 0.30 | R email from OC regarding a mediator.  email to OC regarding | $850.00 | $ 255.00 |
| 5/22/23 | | 0.30 | 0.30 | R JH interrogatory draft responses | $850.00 | $ 255.00 |
| 5/22/23 | | 0.20 | 0.20 | Discuss w/ CJ JH's authorizations | $850.00 | $ 170.00 |
| 5/19/23-5/24 | | 0.50 | 0.50 | several emails between CJ, me and OC re: mediator | $850.00 | $ 425.00 |
| 5/25/23 | | 0.30 | 0.30 | Rev Emails between Larry Rute/Mediator office regarding | $850.00 | $ 255.00 |
| 5/26/23 | | 0.10 | 0.10 | Email from JC w/ her executed verification page | $850.00 | $ 85.00 |
| 5/30/23 | | 0.40 | 0.40 | Emails w/ CP and clients and CJ re: scheduling mediation July 7th. | $850.00 | $ 340.00 |
| 5/30-6/1/23 | | 0.40 | 0.40 | emais w/ OC and CJ regarding mediation and Def intent on a GRL | $850.00 | $ 340.00 |

| Date | | Hours | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/2/23 | | 0.20 | 0.20 | emails with Larry Rutes office schedling and confirming mediation | $850.00 | $ 170.00 |
| 6/2/23 | | 0.20 | 0.20 | Email w/ JC re: mediaiton | $850.00 | $ 170.00 |
| 6/2/23 | | 0.90 | 0.90 | Receive and review Def GRL, discuss with Co Counsel | $850.00 | $ 765.00 |
| 6/4/23 | | 0.90 | 0.90 | Defendant's GRL: discuss with clients and CJ | $850.00 | $ 765.00 |
| 6/6/23 | | 0.40 | 0.40 | R OC email re: ext of time to answer discovery and ask for t/c on Def GRL, | $850.00 | $ 340.00 |
| 6/7/23 | | 2.10 | 2.10 | T/C meeting w/ OC and CJ to discuss Def GRL, prepare for same | $850.00 | $ 1,785.00 |
| 6/7/23 | | 0.30 | 0.30 | R email from OC w/ proposed order attachment and correp to schwartz | $850.00 | $ 255.00 |
| 6/8/23 | | 0.30 | 0.30 | R JC medical/prescription records | $850.00 | $ 255.00 |
| 6/8/23 | | 0.10 | 0.10 | R Email from Schwartz re: Def Order | $850.00 | $ 85.00 |
| 6/9/23 | | 0.10 | 0.10 | R KSD CMECF entry for Def motion | $850.00 | $ 85.00 |
| 6/9/23 | | 0.20 | 0.20 | Review Def Motion to Ext Disc | $850.00 | $ 170.00 |
| 6/12/23 | | 0.40 | 0.40 | Email to OC and Rec response re: medical reoccrds | $850.00 | $ 340.00 |
| 6/12/23 | | 0.10 | 0.10 | Receive email from Court Clerk | $850.00 | $ 85.00 |
| 6/12/23 | | 0.20 | 0.20 | R KSD CMECF entry of Schwartz docket entry | $850.00 | $ 170.00 |
| 6/12/23 | | 2.20 | 2.20 | Rec and Review Def discovery written responses both city and | $850.00 | $ 1,870.00 |
| 6/13/23 | | 0.10 | 0.10 | R KSD CMECF entry for Def discovery responses | $850.00 | $ 85.00 |
| 6/14/23 | | 0.20 | 0.20 | R Email from OC re: JC communications | $850.00 | $ 170.00 |
| 6/15/23 | | 0.10 | 0.10 | Rev CJ email to OC re: medical records | $850.00 | $ 85.00 |
| 6/15/23 | | 0.30 | 0.30 | Rev emails w/ OC re: Def document production | $850.00 | $ 255.00 |
| 6/15/23 | | 1.20 | 1.20 | Discussion w/ CJ re: documents, obtaining necessary records | $850.00 | $ 1,020.00 |
| 6/15/23 | | 0.30 | 0.30 | rev input from JC re: Defendant's answers | $850.00 | $ 255.00 |
| 6/16/23 | | 0.40 | 0.40 | Discussion w/ CJ re: Document production of some of the | $850.00 | $ 340.00 |
| 6/16/23 | | 0.20 | 0.20 | Email from OC re: JH personal email | $850.00 | $ 170.00 |
| 6/24/23 | | 0.30 | 0.30 | Email to assistant re: document spreadsheet | $850.00 | $ 255.00 |
| 6/26/23 | | 0.30 | 0.30 | R Email fr/ OC Re Stuart stipulation to discovery w/ attachment | $850.00 | $ 255.00 |

| Date | | Hours | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| Jun-23 | | 0.20 | 0.20 | Email o Mediator w attachment | $850.00 | $ 170.00 |
| 7/5/23 | | 0.40 | 0.40 | R email fr/ OC re: mediation (2 emails and 2 drafts) | $850.00 | $ 340.00 |
| 7/7/23 | | 4.70 | 4.70 | Prepare for and Attend Zoom Mediaiton,  t/c with clients | $850.00 | $ 3,995.00 |
| 7/6/23 | | 0.20 | 0.20 | Rev documents from Defendant's attorney/download documents | $850.00 | $ 170.00 |
| 1/14/22 | | 1.50 | 1.50 | Initial meeting w/ CS, JH, MJ,CJ | $850.00 | $ 1,275.00 |
| 2/8/22 | | 0.70 | 0.70 | initial meeting w/ JC, MJ, CJ | $850.00 | $ 595.00 |
| 2/7/22 | | 0.20 | 0.20 | Provide notes to file from initial meetings with clients | $850.00 | $ 170.00 |
| 4/17-5/3/22 | | 0.90 | 0.90 | Review  COD, Exhibit A, Entry of Appearance, Cover Letter for CS, JH, | $850.00 | $ 765.00 |
| 12/7/22 | | 0.20 | 0.20 | Review initial formatted styling of complaint from CJ | $850.00 | $ 170.00 |
| 1/18/23 | | 0.20 | 0.20 | Rev Conf Filing Sheet, Summons for complaints filing with D Kan | $850.00 | $ 170.00 |
| 5/26/23 | | 1.30 | 1.30 | Rev Rule 26 Disclosures for CS, JH and CS, gather and review docs, | $850.00 | $ 1,105.00 |
| 5/8/23 | | 1.90 | 1.90 | Discuss and Review intial discovery requests, interrogs, RFPDs to City of | $850.00 | $ 1,615.00 |
| 9/12/23 | | 0.70 | 0.70 | Discuss and Review 2nd RFPD and Interr to City of Topeka, verificaiton | $850.00 | $ 595.00 |
| 3/1/24 | | 1.80 | 1.80 | Rev Plaintiffs' additional facts to SJ response | $850.00 | $ 1,530.00 |
| 9/5/23 | | 8.40 | 8.40 | Take Brian Wheeles Deposition incl travel | $850.00 | $ 7,140.00 |
| 9/6/23 | | 5.00 | 5.00 | Take Jerry Monasmith Deposition incl travel | $850.00 | $ 4,250.00 |
| 10/11/23 | | 5.10 | 5.10 | Take Jamie Haltom Deposition incl travel | $850.00 | $ 4,335.00 |
| 10/11/23 | | 1.50 | 1.50 | Take Steve Purney Deposition | $850.00 | $ 1,275.00 |
| 9/6/23 | | 3.00 | 3.00 | Take William Cochran Deposition | $850.00 | $ 2,550.00 |
| 11/10/23 | | 5.20 | 5.20 | Take Jeralyn Wheeles 2nd Deposition incl travel | $850.00 | $ 4,420.00 |
| 9/1/-11/8/23 | | 14.00 | 14.00 | Prepare for depositions of B. Wheeles, Monasmith, Haltom, | $850.00 | $ 11,900.00 |
| 10/16/23 | | 4.00 | 4.00 | Take Steve Wade Deposition incl travel | $850.00 | $ 3,400.00 |
| 11/8/23 | | 3.10 | 3.10 | Take David Mudrick Zoom Deposition | $850.00 | $ 2,635.00 |
| 10/16/23 | | 2.00 | 2.00 | Attend Jeralyn Wheeles' 1st Deposition | $850.00 | $ 1,700.00 |
| 10/9/23 | | 6.00 | 6.00 | Prepare and attend mediation in Topeka, incl travel, afterwards meet | $850.00 | $ 5,100.00 |

| Date | Hours | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/16-9/19/24 | 38.00 | 38.00 | Attend Court for jury trial incl travel | $850.00 | $ 32,300.00 |
| 9/11/24 | 3.00 | 3.00 | Discussion and review of witness list, witness order and who is taking each | $850.00 | $ 2,550.00 |
| 9/14/24 | 7.00 | 7.00 | Prepare opening statement | $850.00 | $ 5,950.00 |
| 9/9/24 | 19.00 | 19.00 | Prepare examinations of B. Wheeles, W. Cochran, J. Haltom, J. Monasmith | $850.00 | $ 16,150.00 |
| 9/9-9/15/24 | 7.40 | 7.40 | Discussion with team re: voir dire questions to give to judge, issue of | $850.00 | $ 6,290.00 |
| 9/16-9/19/24 | 0.90 | 0.90 | Review daily docket entries for trial and court's final entry.  Review Local | $850.00 | $ 765.00 |
| 10/8/24 | 0.10 | 0.10 | Discussions with CJ re: her Conferring with OC re: attorneys fees and costs | $850.00 | $ 85.00 |
| 7/5/23 | 0.60 | 0.60 | Discussion w/ CJ re: Def Disc Responses and Preparation GRL | $850.00 | $ 510.00 |
| 7/7/23 | 0.10 | 0.10 | R email from OC re: GRL | $850.00 | $ 85.00 |
| 7/20/23 | 0.50 | 0.50 | Rev and draft emails to/from CJ, OC e re: scheduling of dopositions | $850.00 | $ 425.00 |
| 7/25/23 | 0.30 | 0.30 | R and Rev email from Schwartz re: mediaiton report due, calendar, | $850.00 | $ 255.00 |
| 7/25/23 | 0.40 | 0.40 | 4 emails to/from clients re: depositions | $850.00 | $ 340.00 |
| 7/28/23 | 0.40 | 0.40 | R and Rev email from OC re: depositions and follow with JH | $850.00 | $ 340.00 |
| 8/1/23 | 0.30 | 0.30 | Rec, Rev emails with clients re: deposition schedules of other | $850.00 | $ 255.00 |
| 8/2/23 | 0.30 | 0.30 | Rec, Rev emails with clients re: deposition schedules of other | $850.00 | $ 255.00 |
| 8/2/23 | 0.50 | 0.50 | Rec, Rev and Draft email w/OC re: deposition schedule, calendar depos | $850.00 | $ 425.00 |
| 8/3/23 | 0.30 | 0.30 | R and Rev Court entry of plaintiffs depositions | $850.00 | $ 255.00 |
| 8/4/23 | 0.50 | 0.50 | emails to/from JC CS JH re: deposition schedule and prep | $850.00 | $ 425.00 |
| 8/4/23 | 0.80 | 0.80 | Rec and Rev Court's docket entry of depositions filed and to be taken by | $850.00 | $ 680.00 |
| 8/4/23 | 0.30 | 0.30 | emails with JC CS and JH, me re: deposition prep | $850.00 | $ 255.00 |
| 8/7/23 | 0.40 | 0.40 | R and Rev and Draft emails with Chris Playter and Eric Playter re: who | $850.00 | $ 340.00 |
| 8/10/23 | 0.30 | 0.30 | Initial Review spreadsheet of Defendant's produced documents | $850.00 | $ 255.00 |
| 8/18/23 | 0.20 | 0.20 | receive email w/ Chris Playter and CJ re: spreadsheet of docs | $850.00 | $ 170.00 |
| 8/28/23 | 0.40 | 0.40 | emails w/Sean McCauley, OC re: his attendance at Eubanks and Hanika | $850.00 | $ 340.00 |
| 8/28/23 | 0.20 | 0.20 | R & R emails with OC Re: Zoom set up of deposition and use of | $850.00 | $ 170.00 |

| Date | | | | Description | Rate | | Amount |
|------|--|--|--|-------------|------|--|--------|
| 8/29/23 | | 0.30 | 0.30 | emails w/OC, CP,re: Zoom link for depositions and location of OC office, | $850.00 | $ | 255.00 |
| 9/1/23 | | 0.30 | 0.30 | Rec and Rev Court Reporter confirmation of depositions to be | $850.00 | $ | 255.00 |
| 9/4/23 | | 0.40 | 0.40 | email w/ attach from CS re: B. Wheeles deposition | $850.00 | $ | 340.00 |
| 9/4/23 | | 0.10 | 0.10 | R & Rev invoice for JH deposition. | $850.00 | $ | 85.00 |
| 9/4/23 | | 0.30 | 0.30 | Emails from JC r: B. Wheeles docs for Deposition | $850.00 | $ | 255.00 |
| 9/4/23 | | 0.30 | 0.30 | Rec and Rev Emails w/ OC re: missing exhibits from Court reporter | $850.00 | $ | 255.00 |
| 9/5/23 | | 0.20 | 0.20 | Email with court reporter re: confirmation of Monasmith and | $850.00 | $ | 170.00 |
| 9/5/23 | | 0.20 | 0.20 | Email from OC re: City policy Attachment | $850.00 | $ | 170.00 |
| 9/5/23 | | 0.30 | 0.30 | Emails w Court Reporter re: anticipated length of depo and | $850.00 | $ | 255.00 |
| 9/6/23 | | 0.30 | 0.30 | Emails w/ court reporter re: eubanks, maisberger and russell dep confirm | $850.00 | $ | 255.00 |
| 9/6/23 | | 0.30 | 0.30 | Emails from clients re: Russell, Maisberger and Eubanks depo, | $850.00 | $ | 255.00 |
| 9/7/23 | | 0.30 | 0.30 | Emails w/ court reporter re: wade, hanika deposition confirmation | $850.00 | $ | 255.00 |
| 9/7/23 | | 0.20 | 0.20 | Emails w/ Court Reporter, change from Wade to Maisburger on | $850.00 | $ | 170.00 |
| 9/10/23 | | 0.80 | 0.80 | 6 emails w/ clients re: second discovery requests to Def. | $850.00 | $ | 680.00 |
| 9/12/23 | | 1.00 | 1.00 | Rev Filed COS w/ court - 2nd Disc to DEF, 6 emails w/ clients and me re: | $850.00 | $ | 850.00 |
| 9/13/23 | | 0.20 | 0.20 | emails w/ OC re: October 9 mediation w/ Larry Rute | $850.00 | $ | 170.00 |
| 9/13/23 | | 0.20 | 0.20 | emails w/ Larry Rute confirming mediation 10/9/23 | $850.00 | $ | 170.00 |
| 9/14/23 | | 0.10 | 0.10 | Emails w/ court reporter re: invoice | $850.00 | $ | 85.00 |
| 9/20/23 | | 0.30 | 0.30 | R and Rev First RFA to Plainitts, | $850.00 | $ | 255.00 |
| 9/21/23 | | 0.20 | 0.20 | Rec and Rev B. Wheeles Transcript | $850.00 | $ | 170.00 |
| 9/21/23 | | 0.10 | 0.10 | Re and Re invoice for B. Wheeles Depo from Court Reporter | $850.00 | $ | 85.00 |
| 9/21/23 | | 0.40 | 0.40 | R & Rev depo transcripts of JC, JH and CS. Missing exhibits, forward to | $850.00 | $ | 340.00 |
| 9/22/23 | | 2.10 | 2.10 | r & rev suppl rule 26 disc w/ documents, download to dropbox, | $850.00 | $ | 1,785.00 |
| 9/22/23 | | 0.10 | 0.10 | Emails w/ OC re: mediaiton date | $850.00 | $ | 85.00 |
| 9/22/23 | | 0.10 | 0.10 | Rec and Rev Docket entry of Def Suppl Initial Disclosures COS | $850.00 | $ | 85.00 |

| Date | | | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/23 | | 0.40 | 0.40 | Emails w/ OC re: depo schedule of Haltom and J. Wheeles, Calendar, | $850.00 | $ 340.00 |
| 9/26/23 | | 0.10 | 0.10 | Email w/ Chris Playter re: J. Wheeles deposition | $850.00 | $ 85.00 |
| 9/27/23 | | 0.30 | 0.30 | R & Rev Monasmith and Cochran transcript and exhibits | $850.00 | $ 255.00 |
| 9/28/23 | | 0.10 | 0.10 | R & Rev invoice from Ct Reporter, Monasmith and Cochran | $850.00 | $ 85.00 |
| 10/3/23 | | 0.20 | 0.20 | Emails w/ OC re: Purny and Wade Deposition schedule | $850.00 | $ 170.00 |
| 10/3/23 | | 0.20 | 0.20 | Emails w/ JC re: questions for Purney deposition | $850.00 | $ 170.00 |
| 10/5/23 | | 0.20 | 0.20 | Email from CS w/ Attachment, News article | $850.00 | $ 170.00 |
| 10/5/23 | | 1.30 | 1.30 | Email w/ Larry Rute, t/c with Larry and CJ re: mediation | $850.00 | $ 1,105.00 |
| 10/9/23 | | 0.30 | 0.30 | emails w/ OC re: purney deposition | $850.00 | $ 255.00 |
| 10/10/23 | | 0.30 | 0.30 | Rev Docket entries of depositions Purney, Wade, J. Wheeles | $850.00 | $ 255.00 |
| 10/10/23 | | 0.50 | 0.50 | discuss w/ CJ the schedule Purney, J. Wheeles, Haltom Wade for | $850.00 | $ 425.00 |
| 10/10/23 | | 0.10 | 0.10 | R and Rev invoice for mediaiton, share with clients and file in dropbox | $850.00 | $ 85.00 |
| 10/10/23 | | 0.20 | 0.20 | Exchange emails w/OC re: location of depositions | $850.00 | $ 170.00 |
| 10/11/23 | | 0.50 | 0.50 | Discuss w/ CJ the missing exhibits, email w/ Court Reporter, OC, CJ and | $850.00 | $ 425.00 |
| 10/12/23 | | 0.10 | 0.10 | Rec and Rev Court Reporter depo postponed J. Wheeles | $850.00 | $ 85.00 |
| 10/12/23 | | 0.40 | 0.40 | R & Rev email, w/ 2nd Disc Def Responses w/ attachments | $850.00 | $ 340.00 |
| 10/13/23 | | 0.10 | 0.10 | Confirmation from Court Reporter - S. Wade depo | $850.00 | $ 85.00 |
| 10/13/23 | | 3.00 | 3.00 | Rev documents produced by Def (PSU Files) Download, discuss w/ | $850.00 | $ 2,550.00 |
| 10/13/23 | | 2.00 | 2.00 | Confirmation w/ Court Reporter re: Wade and J. Wheeles depositions | $850.00 | $ 1,700.00 |
| 10/15/23 | | 0.90 | 0.90 | R & Rev email from JC w/ questions for Wade and J. Wheeles' deposition, | $850.00 | $ 765.00 |
| 10/15/23 | | 0.20 | 0.20 | R & Rev Transcript of Maisberger from Eric Playter | $850.00 | $ 170.00 |
| 10/17/23 | | 0.80 | 0.80 | Emails between OC, CJ and me re: document production by Def. | $850.00 | $ 680.00 |
| 10/18/23 | | 0.90 | 0.90 | 5 email exchange between OC and CJ/me re: Def documents to be | $850.00 | $ 765.00 |
| 10/18/23 | | 0.50 | 0.50 | multiple emails in exchange w/ JC and CJ re: Hanika investigative file | $850.00 | $ 425.00 |
| 10/19/23 | | 1.00 | 1.00 | Meeting w/ CJ re: documents held in a "Vault" and strategy moving | $850.00 | $ 850.00 |

| Date | | | Description | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/23 | | 0.50 | 0.50 | Email exchange w/ OC re: vaulted documents and trying to obtain them | $850.00 | $ 425.00 |
| 10/18/23 | | 0.80 | 0.80 | Rev Plaintiff's Answers to RFA, COS | $850.00 | $ 680.00 |
| 10/20/23 | | 0.10 | 0.10 | Rev Email/Serve Def w/ Plaintiffs Answers to RFA and COS | $850.00 | $ 85.00 |
| 10/20/23 | | 0.10 | 0.10 | Review Docket Entry of COS | $850.00 | $ 85.00 |
| 10/20/23 | | 0.20 | 0.20 | Re suppl documents from OC | $850.00 | $ 170.00 |
| 10/20/23 | | 0.30 | 0.30 | Email exchg w/OC re: documents, jump drive | $850.00 | $ 255.00 |
| 10/24/23 | | 0.40 | 0.40 | emails exchange w/ OC re: email to send to Schwartz re: schedule | $850.00 | $ 340.00 |
| 10/24/23 | | 2.50 | 2.50 | Rev Mudrick's invest file from OC, discuss with CJ | $850.00 | $ 2,125.00 |
| 10/24/23 | | 0.10 | 0.10 | Rec email from OC w/ Cover letter for jump drive | $850.00 | $ 85.00 |
| 10/24/23 | | 0.20 | 0.20 | R & Rev email from Schwartz' clerk re: pretrial orde date, discuss with CJ | $850.00 | $ 170.00 |
| 10/25/23 | | 0.30 | 0.30 | email exchange w/ oc re: mudrick's deposition | $850.00 | $ 255.00 |
| 10/25/23 | | 0.40 | 0.40 | R & Rev Email fr/ OC w/ Joint Motion to Amend Sch Order | $850.00 | $ 340.00 |
| 10/26/23 | | 0.10 | 0.10 | Review docket entry re: Joint Motion | $850.00 | $ 85.00 |
| 10/26/23 | | 0.80 | 0.80 | Rev Schwartz order, calendar dates, discuss w/ CJ | $850.00 | $ 680.00 |
| 12/6/23 | | 1.70 | 1.70 | Prepare for and attend Pretrial Order Conference w/ Schwartz by | $850.00 | $ 1,445.00 |
| 12/27/23 | | 0.10 | 0.10 | Email exchange w/ OC re: jump drive | $850.00 | $ 85.00 |
| 10/27/23 | | 0.40 | 0.40 | Receive depo transcripts and exhibits of Haltom and Purney from Court | $850.00 | $ 340.00 |
| 10/27/23 | | 0.10 | 0.10 | R & Rev invoice for Purney and Haltom depositions | $850.00 | $ 85.00 |
| 10/30/23 | | 0.10 | 0.10 | Email from OC re: Mudrick depo schedule | $850.00 | $ 85.00 |
| 10/30/23 | | 0.10 | 0.10 | Rec and Rev Zoom link for Mudrick depo | $850.00 | $ 85.00 |
| 10/31/23 | | 0.20 | 0.20 | Rec J. Wheeles depo transcript and exhibits | $850.00 | $ 170.00 |
| 10/31/23 | | 0.20 | 0.20 | Rec S. Wade depo transcript and exhibits | $850.00 | $ 170.00 |
| 10/31/23 | | 0.10 | 0.10 | Rec invoice fr/ Court Reporter for J. Wheeles and S. Wade depositions | $850.00 | $ 85.00 |
| 11/6/23 | | 0.20 | 0.20 | Email exchange w/ OC re: J. Wheeles' 2nd depo, finding a date | $850.00 | $ 170.00 |
| 11/7/23 | | 0.20 | 0.20 | R & Rev Zoom depo confirmation from Court Reporter for Murdock | $850.00 | $ 170.00 |

| Date | | | | | Description | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/7/23 | for nov 10, 2023 | | 0.40 | 0.40 | Discuss with CJ the schedule J. Wheeles 2nd deposition | $850.00 | $ 340.00 |
| 11/9/23 | | | 0.20 | 0.20 | CJ reqeust for info on length of depo for J. Wheeles depo | $850.00 | $ 170.00 |
| 11/13/23 | | | 0.10 | 0.10 | Rec invoice fr/ Court Reporter for Cochran and Monasmith depo | $850.00 | $ 85.00 |
| 11/13/23 | | | 0.10 | 0.10 | Rec invoice fr/ Court Reporter for B. Wheeles depo | $850.00 | $ 85.00 |
| 11/17/23 | | | 0.20 | 0.20 | Review News Article about S. Wade's lawsuit against the City of | $850.00 | $ 170.00 |
| 11/20/23 | | | 0.20 | 0.20 | Rec Mudrick depo transcript w/ exhibits | $850.00 | $ 170.00 |
| 11/21/23 | | | 0.20 | 0.20 | Rec J. Wheeles 2nd depo transcript and exhibits. | $850.00 | $ 170.00 |
| 11/21/23 | | | 0.10 | 0.10 | R & Rev email fr/OC re: first draft of Pretrial Order to be sent to us soon | $850.00 | $ 85.00 |
| 11/21/23 | | | 0.40 | 0.40 | T/c w/ CJ and OC re: Pretrial Order Drafting | $850.00 | $ 340.00 |
| 11/22/23 | | | 0.10 | 0.10 | Rec invoice fr/ Court Reporter for Mudrick depo | $850.00 | $ 85.00 |
| 11/27/23 | | | 2.50 | 2.50 | Email exchange w/ OC, CJ, me re: pretrial order drafting. 5 emails and | $850.00 | $ 2,125.00 |
| 11/27/23 | | | 0.50 | 0.50 | email to Clients re: Facts in pretrial order | $850.00 | $ 425.00 |
| 11/27/23 | MJ | | 4.70 | 4.70 | Research on 1983 action for pretrial order | $850.00 | $ 3,995.00 |
| 11/27/23 | | | 6.80 | 6.80 | Draft Plaintiff's legal claims for Pretrial Order | $850.00 | $ 5,780.00 |
| 11/27/23 | | | 0.90 | 0.90 | Review and Discuss with CJ damage section of Pretrial Order to OC | $850.00 | $ 765.00 |
| 11/27/23 | | | 5.20 | 5.20 | Prepare Plaintiffs' Factual Contentions for pretrial order | $850.00 | $ 4,420.00 |
| 11/27/23 | | | 1.60 | 1.60 | Exchange emails w/ OC and MJ, Review OC and MJ changes Pretrial | $850.00 | $ 1,360.00 |
| 11/27/23 | | | 0.10 | 0.10 | Review OC's filing of Pretrial Order with Schwartz | $850.00 | $ 85.00 |
| 11/27/23 | | | 0.10 | 0.10 | Review MJ email to Clients re: pretrial order w/ Attachment | $850.00 | $ 85.00 |
| 12/4/23 | | | 0.50 | 0.50 | Work w/ CJ to make changes to damage calculations and exchange | $850.00 | $ 425.00 |
| 12/4/23 | | | 0.10 | 0.10 | Review OC's filing of Pretrial Order with Schwartz | $850.00 | $ 85.00 |
| 12/6/23 | | | 0.20 | 0.20 | Review Court's docket/minute entry | $850.00 | $ 170.00 |
| 12/6/23 | | | 0.70 | 0.70 | T/c w/ CJ and clients re: pretrial order and status | $850.00 | $ 595.00 |
| 12/7/23 | | | 0.20 | 0.20 | Re MJ and OC emails re: status of Judge's pretrial order | $850.00 | $ 170.00 |
| 12/7/23 | | | 2.70 | 2.70 | Rec revised Pretrial Order from Schwartz with requested changes | $850.00 | $ 2,295.00 |

| Date | | Hours | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/23 | | 0.10 | 0.10 | Email exchange w/ Lexitas re: Wade,Purney and Haltom's transcript | $850.00 | $ 85.00 |
| 12/12/23 | | 0.20 | 0.20 | Email exchange w/ OC re: stipulated exhibits for pretrial order | $850.00 | $ 170.00 |
| 12/12/23 | | 1.70 | 1.70 | review and determination of exhibits to stipulate to for pretrial order and | $850.00 | $ 1,445.00 |
| 12/12/23 | | 2.50 | 2.50 | Review MJ exhange w/ OC w/ revised pretrial order attachment | $850.00 | $ 2,125.00 |
| 12/12/23 | | 0.50 | 0.50 | Exchange w/ Lexitas re: missing exhibits of B. Wheeles deposition to | $850.00 | $ 425.00 |
| 12/13/23 | | 0.90 | 0.90 | Email Exchange w/ MJ and OC re: recent revisions to order, setting | $850.00 | $ 765.00 |
| 12/13/23 | | 0.30 | 0.30 | Received finalized revised order from OC Email Exch w/ OC and MJ | $850.00 | $ 255.00 |
| 12/13/23 | | 0.10 | 0.10 | Review email from OC to Schwartz w/ revised Pretrial Order | $850.00 | $ 85.00 |
| 12/14/23 | | 1.80 | 1.80 | R and Rev court email/minute entry re: more changes needed , calendar | $850.00 | $ 1,530.00 |
| 12/19/23 | | 0.20 | 0.20 | Email Exchange w/ OC re: OC questions about Schwartz' requested | $850.00 | $ 170.00 |
| 12/20/23 | | 0.40 | 0.40 | T/C meeting w/ OC and MJ to discuss Schwartz' requested | $850.00 | $ 340.00 |
| 12/20/23 | | 0.40 | 0.40 | R and Rev OC's redlined revised Pretrial Order | $850.00 | $ 340.00 |
| 12/20/23 | | 0.40 | 0.40 | R and Rev MJ's redline/clean revised pretrial order to file, Rev MJ's filing | $850.00 | $ 340.00 |
| 12/20/23 | | 0.60 | 0.60 | Rev court's entry of Pretrial Order, scheduled pretrial conf and jury trial | $850.00 | $ 510.00 |
| 12/26/23 | | 0.30 | 0.30 | Email exchange w/ OC re: Def request to exceed page limit on their | $850.00 | $ 255.00 |
| 12/27/23 | | 0.50 | 0.50 | Rev docket entry of Def Motion to Exceed Page Limit on MSJ, download | $850.00 | $ 425.00 |
| 1/5/24 | | 0.10 | 0.10 | R & Rev email from Larry Rute re: potential settlement negotiations | $850.00 | $ 85.00 |
| 1/9/24 | | 0.20 | 0.20 | Email Exchange w/OC re: def request for additional time to file MSJ | $850.00 | $ 170.00 |
| 1/9/24 | | 0.20 | 0.20 | Docket entry and Order granting Motion for ext of time to file MSJ | $850.00 | $ 170.00 |
| 1/11/24 | | 0.30 | 0.30 | Review Def Motion for trial location and suggestions in support | $850.00 | $ 255.00 |
| 1/12/24 | | 0.20 | 0.20 | Review and download article re: Steve Wade | $850.00 | $ 170.00 |
| 1/12/24 | | 0.20 | 0.20 | Download news article about this case | $850.00 | $ 170.00 |
| 1/12/24 | | 0.90 | 0.90 | Prepare Motion for Trial Location | $850.00 | $ 765.00 |
| 1/12/24 | | 0.30 | 0.30 | Discussions with clients re: trial location | $850.00 | $ 255.00 |
| 1/19/24 | | 1.10 | 1.10 | Review Defendant's Motion for Summary Judgment and | $850.00 | $ 935.00 |

| Date | | | Description | Rate | | Amount |
|------|---|---|-------------|------|---|--------|
| 1/29/24 | | 0.30 | 0.30 | Email exchange w/OC re: Plt additional time to file response to | $850.00 | $ | 255.00 |
| 1/29/24 | | 0.20 | 0.20 | Review Motion for extension of time to file responsive pleading to MSJ | $850.00 | $ | 170.00 |
| 1/29/24 | | 0.10 | 0.10 | Review court's order | $850.00 | $ | 85.00 |
| 2/1/24 | | 0.10 | 0.10 | Rev email to Chris Playter re: division of tasks in preparing responsive | $850.00 | $ | 85.00 |
| 2/2/24 | | 0.20 | 0.20 | Rev email exchange with Chris Playter re: response to MSJ | $850.00 | $ | 170.00 |
| 2/9/24 | | 0.30 | 0.30 | Receive statement of facts from CS | $850.00 | $ | 255.00 |
| 2/14/24 | | 0.50 | 0.50 | R email from Chris Playter w/ draft response to Def SOF | $850.00 | $ | 425.00 |
| 2/14/24 | | 0.40 | 0.40 | Discuss schedule w/ CJ and review motion for 2nd extension to respond | $850.00 | $ | 340.00 |
| 2/15/24 | | 0.20 | 0.20 | Discussion with clients to let them know we need additional time to | $850.00 | $ | 170.00 |
| 2/15/24 | | 0.10 | 0.10 | Review court's order granting motion | $850.00 | $ | 85.00 |
| 2/20/24 | | 0.50 | 0.50 | Review Chris Playter's portion of plaintiff's statement of facts from | $850.00 | $ | 425.00 |
| 2/22/24 | | 0.30 | 0.30 | Review Chris Playter's exhibits to add to our response | $850.00 | $ | 255.00 |
| 2/25/24 | | 0.10 | 0.10 | Rev email w/ attachment to clients a rough draft of our response to MSJ | $850.00 | $ | 85.00 |
| 2/26/24 | | 5.70 | 5.70 | Research issue of RTS being in orig complaint, Prepare Amended | $850.00 | $ | 4,845.00 |
| 2/26/24 | | 0.40 | 0.40 | Review CS facts for response to MJS | $850.00 | $ | 340.00 |
| 2/26/24 | | 0.50 | 0.50 | Discussions with CJ re: declarations for CS JH and JC for response to MSJ | $850.00 | $ | 425.00 |
| 2/26/24 | | 7.00 | 7.00 | Draft Response to MSJ and finalize pleading | $850.00 | $ | 5,950.00 |
| 3/4/24 | | 0.20 | 0.20 | Rev email exchange re: Def request for addt'l to file a reply | $850.00 | $ | 170.00 |
| 3/5/24 | | 0.20 | 0.20 | Email exchange w/ OC re: motion to additional pages | $850.00 | $ | 170.00 |
| 3/5/24 | | 0.40 | 0.40 | Review docket entries, defense motions filed and court's orders | $850.00 | $ | 340.00 |
| 3/11/24 | | 0.40 | 0.40 | Review Def Response to Plts Motion to Amend Complaint | $850.00 | $ | 340.00 |
| 3/25/24 | | 1.60 | 1.60 | review court's docket entry re: def reply. Download reply and exhibits, | $850.00 | $ | 1,360.00 |
| Mar-39 | | 4.20 | 4.20 | Prepare Motion to File a SurReply, Plaintiffs' SurReply and research on | $850.00 | $ | 3,570.00 |
| 4/8/24 | | 0.30 | 0.30 | Review Def Response to Plts Motion to File SurReply, download, send to | $850.00 | $ | 255.00 |
| 4/15/24 | | 1.20 | 1.20 | Prepare Reply to Defendant's Response to Motion to Amend | $850.00 | $ | 1,020.00 |

| Date | | | | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/12/24 | | 0.10 | 0.10 | Email from Larry Rute re: status | $850.00 | $ 85.00 |
| 7/26/24 | | 0.20 | 0.20 | Review Court's trial scheduling order, calendar | $850.00 | $ 170.00 |
| 7/27/24 | | 0.20 | 0.20 | Review Court Rules on Trial scheduling | $850.00 | $ 170.00 |
| 8/7/24 | | 0.20 | 0.20 | Review Chris Playter initial exhibit list draft | $850.00 | $ 170.00 |
| 8/9/24 | | 2.30 | 2.30 | Review Court's Order re: MSJ, meeting with CJ and CP.  Telephone | $850.00 | $ 1,955.00 |
| 8/10/24 | | 0.20 | 0.20 | Notes to file re: MSJ | $850.00 | $ 170.00 |
| 8/12/24 | | 0.40 | 0.40 | Review Court's order re: judge reassignment, discuss with CJ | $850.00 | $ 340.00 |
| 8/12/24 | | 0.40 | 0.40 | discussion w/ co counsel re: judge reassignment | $850.00 | $ 340.00 |
| 8/12/24 | | 0.40 | 0.40 | Email from OC re: Meeting with Judge Crouse, T/C with Judge Crouse | $850.00 | $ 340.00 |
| 8/13/24 | | 0.30 | 0.30 | Review court's supplemental trial scheduling order, t/c with client | $850.00 | $ 255.00 |
| 8/14/24 | | 0.60 | 0.60 | T/C meeting w/ CJ/CP/Clients re: settlement demand, receive email | $850.00 | $ 510.00 |
| 8/15/24 | | 0.20 | 0.20 | R and Rev Chris Playter's updates to exhibit list Discuss with CJ | $850.00 | $ 170.00 |
| 8/17/24 | | 0.30 | 0.30 | Review Final witness and exhibit list with additional exhibits | $850.00 | $ 255.00 |
| 8/19/24 | | 3.00 | 3.00 | Attend MIL hearing incl travel | $850.00 | $ 2,550.00 |
| 8/19/24 | | 0.40 | 0.40 | Rev docket entry Def Motion to file depo designation, review court's | $850.00 | $ 340.00 |
| 8/19/24 | | 0.30 | 0.30 | rev Def final witness and exhibit lists | $850.00 | $ 255.00 |
| 8/20/24 | | 0.30 | 0.30 | T/C w/ Judge Crouse re: Def Motion to Designate Depo | $850.00 | $ 255.00 |
| 8/20/24 | | 0.10 | 0.10 | Rev court's minute entry - deny Def Motion | $850.00 | $ 85.00 |
| 8/24/24 | | 4.00 | 4.00 | Prepare MIL | $850.00 | $ 3,400.00 |
| 8/26/24 | | 0.80 | 0.80 | Rev Def MIL, discuss with CJ | $850.00 | $ 680.00 |
| 8/26/24 | | 0.10 | 0.10 | Notes to file re: MIL | $850.00 | $ 85.00 |
| 9/3/24 | | 0.20 | 0.20 | R and Review and discuss Chris Player resp to Me Too evidence | $850.00 | $ 170.00 |
| 9/3/24 | | 0.20 | 0.20 | R Review Def Resp to Plt MIL | $850.00 | $ 170.00 |
| 9/6/24 | | 0.20 | 0.20 | Email exch w/ oc re MIL hearing, Jury Instructions, | $850.00 | $ 170.00 |
| 9/8/24 | | 1.00 | 1.00 | r rev def jury instructions, discussion with CJ | $850.00 | $ 850.00 |

| Date | | | | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/6/24 | | 1.90 | 1.90 | Make changes to jury instructions drafted by CJ | $850.00 | $ 1,615.00 |
| 9/9/24 | | 0.20 | 0.20 | Review final Plaintiffs proposed jury instructions | $850.00 | $ 170.00 |
| 9/9/24 | | 0.70 | 0.70 | r and rev red lined jury instruc from OC, Email w/KE regarding changes, | $850.00 | $ 595.00 |
| 9/9/24 | | 0.70 | 0.70 | Discuss with CJ exhibit list and making sure all documents are | $850.00 | $ 595.00 |
| 9/10/24 | | 0.90 | 0.90 | email exchange w/OC CP re: jury instructions | $850.00 | $ 765.00 |
| 9/10/24 | | 0.10 | 0.10 | rev docket entry def jury instructions | $850.00 | $ 85.00 |
| 9/10/24 | | 0.10 | 0.10 | rev court's minute entry re MIL hearing | $850.00 | $ 85.00 |
| 3/10/23 | | 3.50 | 3.50 | Meeting with JC, CS, JH, CP, EP, CJ and me at Annie's Place, case | $850.00 | $ 2,975.00 |
| 10/21/24 | | 0.40 | 0.40 | rec show cause order from J. Crouse re: jury contact, discuss w/ CJ and | $850.00 | $ 340.00 |
| 10/18/24 | | 4.60 | 4.60 | Research and Prepare Memo Opp to Def Motion to Recons | $850.00 | $ 3,910.00 |
| 10/17/24 | | 0.40 | 0.40 | Rec & Rev Def Motion to Vacate | $850.00 | $ 340.00 |
| 10/3/24 | | 1.20 | 1.20 | Research Rule, Discuss with team, Prepare Plaintiffs' Motion for | $850.00 | $ 1,020.00 |
| 10/3/24 | | 0.40 | 0.40 | Rec & Rev Def Motion to Reconsider | $850.00 | $ 340.00 |
| 9/27/24 | | 0.20 | 0.20 | email exchange w/ OC re: post trial scheduling | $850.00 | $ 170.00 |
| 9/27/24 | | 0.20 | 0.20 | Email exchange w/ CP and CJ re: attorneys fees motion | $850.00 | $ 170.00 |
| 9/27/24 | | 0.30 | 0.30 | T/C w/ CP and CJ re: attorneys fees motion | $850.00 | $ 255.00 |
| | | | | | | |

Electronically Filed - JACKSON - KANSAS CITY - December 01, 2023 - 11:19 PM

November 2023  |  **Missouri Lawyers Media**  |  WWW.MOLAWYERSMEDIA.COM  **BILLING RATES**  **29**

