THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| COLLEEN STUART, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-020221-TC |
| | ) | |
| CITY OF TOPEKA, KANSAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ERIC S. PLAYTER IN SUPPORT OF PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES, COSTS, AND POST-JUDGMENT INTEREST**

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss |
| COUNTY OF JACKSON | ) |

I, Eric S. Playter, declare and state under oath as follows:

1.      I have personal knowledge of the facts contained in this Affidavit.

2.      I was first admitted to practice before the Supreme Court of Missouri in October 2006. I am also admitted to practice before the United States District Court for the Western District of Missouri, the Supreme Court of Kansas, and the United States District Court for the District of Kansas.

3.      I graduated from UMKC School of Law in May 2006 with a litigation emphasis. I have been engaged in the private practice of law since August 2006.

4.      After law school, I worked for approximately seven years in the insurance defense industry with the law firms of Brown & James, P.C., Frischer & Associates, Chartered, and Norris & Keplinger, LLC, handling various types of litigation including, but not limited to, defense of employment, construction, personal injury, legal malpractice, and medical malpractice cases.

5.      In September 2012, I started working as a solo practitioner, office sharing at the law offices of Dunn & Davison, LLC, where I was "Of Counsel." During that time, my practice

shifted from defense work to representing individuals in personal injury and employment discrimination cases.

6.    On September 3, 2013, my law partner and brother, Chris R. Playter, and I started our current firm, Playter & Playter, LLC d/b/a Playter Trial Lawyers.

7.    I am one of the members of Playter & Playter, LLC.

8.    Since the formation of Playter & Playter, LLC, more than ninety percent of my practice has been devoted to preparing for and trying civil litigation matters in state and federal courts. The remaining ten percent of my practice has been devoted to preparing for and trying criminal matters.

9.    Since September 3, 2013, I have been lead counsel or co-counsel in at least 50 civil jury trials, including personal injury and employment cases.

10.    To the best of my knowledge, in the last ten years, I have tried more civil jury trials than any other lawyer under the age of 45 in the State of Missouri or Kansas, including the following:

      a.    *Hanks v. My Joy Enterprises, LLC, et al.*; Case No. 2116-CV03075 in the Circuit Court of Jackson County, MO (10/2024);

      b.    *Stuart, et al. v. City of Topeka*; Case No. 2:23-cv-020221-TC in the U.S. District Court for the District of Kansas (09/2024);

      c.    *Barry v. Missouri Highway & Transportation Commission*, Case No. 2316-CV04150 in the Circuit Court of Jackson County, MO (08/2024);

      d.    *Petifurd v. Missouri Department of Corrections*; Case No. 2116-CV21507 in the Circuit Court of Jackson County, MO (04/2024);

      e.    *Kassa v. Temp-Stop, LLC*; Case No. 2116-CV21507 in the Circuit Court of Jackson County, MO (01/2024);

      f.    *Ingram v. Nationwide Trailers, LLC*; Case No. 2216-CV14839

in the Circuit Court of Jackson County, MO (10/2023);

g.  *Radmer v. Missouri Department of Corrections*; Case No. 21BU-CC00170 in the Circuit Court of Buchanan County, MO (9/2023);

h.  *LeTourneau v. Lester, et al.*, Case No. 2019-CV-000499 in the District Court of Wyandotte County, KS (08/2023);

i.  *Johnson v. City of Kansas City, Missouri*; Case No. 2016-CV17376 in the Circuit Court of Jackson County, MO (08/2023);

j.  *Kader v. Harris Stowe State University*; Case No. 1222-CC02913-01 in the Circuit Court of St. Louis City, MO (07/2023);

k.  *Carrillo v. Missouri Department of Corrections*, Case No. 1916-CV21514 in the Circuit Court of Jackson County, MO (07/2023);

l.  *Hart v. Truman Medical Center*; Case No. 1916-CV29939 in the Circuit Court of Jackson County, MO (06/2023);

m.  *Koch v. Missouri Highway Transportation Commission*; Case No. 22LF-CV00338 in the Circuit Court of Lafayette County, MO (05/2023);

n.  *Taylor v. St. Luke's*; Case No. 1816-CV16274 in the Circuit Court of Jackson County, MO (03/2023);

o.  *Holmes v. Missouri Department of Corrections*; Case No. 1816-CV01571 in the Circuit Court of Jackson County, MO (02/2023);

p.  *Rhodes v. Missouri Highway Transportation Commission*, Case No. 2016-CV14496 in the Circuit Court of Jackson County, MO (01/2023);

q.  *Logan v. Quick Start, LLC*, Case No. 2019-CV59 in the District Court of Wyandotte County, Kansas (01/2023);

r.  *Lam v. Cox*, Case No. 20CV00386 in the District Court of Johnson County, Kansas (12/2022);

s.  *Cottonaro v. Express Medical Transportation, Inc.*, Case No. 1916-CV34151 in the Circuit Court of Jackson County, MO (10/2022);

t.      *Dixson v. Missouri Department of Corrections*; Case No. 1816-CV25279 in the Circuit Court of Jackson County, MO (09/2022);

u.      *Young v. Missouri Department of Corrections*; Case No. 1916-CV00215 in the Circuit Court of Jackson County, MO (08/2022);

v.      *Wiseman v. Missouri Department of Corrections*; Case No. 1816-CV27602 in the Circuit Court of Jackson County, MO (07/2022);

w.      *Walker v. Missouri Department of Corrections*; Case No. 1816-CV29540 in the Circuit Court of Jackson County, MO (05/2022);

x.      *Yang v. Kansas City Public Schools*; Case No. 1716-CV02212 in the Circuit Court of Jackson County, MO (10/2021);

y.      *Malottki v. Lakeside Restaurant Associates, LLC d/b/a Summit Grill Kansas City*; Case No. 1916-CV01925 in the Circuit Court of Jackson County, MO (09/2021);

z.      *Gray v. Missouri Dep't of Corrections, Case No.* 1816-CV05693 in the Circuit Court of Jackson County, MO, (12/2019);

aa.     *Johnson v. City of Kansas City, Missouri*; Case No. 1616-CV08470 in the Circuit Court of Jackson County, MO (3/2019);

bb.     *Noble House, Ltd. v. Bacon & Associate, CPA, PA*; Case No. 17CV04303 in the District Court of Johnson County, KS (11/2018);

cc.     *Lile v. Kansas City, Missouri School District*; Case No. 1616-CV03502 in the Circuit Court of Jackson County, MO (10/2018);

dd.     *Ali v. Lind*; Case No. 1716-CV10084 in the Circuit Court of Jackson County, MO (8/2018);

ee.     *Law v. Truman Medical Center*; Case No. 1616-CV23334 in the Circuit Court of Jackson County, MO (4/2018);

ff.     *Duncan v. Finter*; Case No. 1616-CV24619 in the Circuit Court of Jackson County, MO (1/2018);

4

gg.    *Ashley v. Park Homes*; Case No. 1516-CV19190 in the Circuit Court of Jackson County, MO (1/2018);

hh.    *Connell v. Hy-Vee, Inc.*; Case No. 1616-CV14913 in the Circuit Court of Jackson County, MO (11/2017);

ii.    *Puryear v. Bacon*; Case No. 15CA-CC00017 in the Circuit Court of Cass County, MO (5/2017);

jj.    *Little v. Ashley*; Case No. 1516-CV23715 in the Circuit Court of Jackson County, MO (2/2017);

kk.    *Yanni v. Roberts*; Case No. 14CV02997 in the District Court of Johnson County, KS (7/2016);

ll.    *Leake v. McQuinn*; Case No. 1416-CV28768 in the Circuit Court of Jackson County, MO (4/2016);

mm.    *Girard v. Nance*; Case No. 14CY-CV01218 in the Circuit Court of Clay County, MO (4/2016);

nn.    *Kader v. Harris Stowe State University*; Case No. 1222-CC02913 in the Circuit Court of St. Louis City, MO (12/2015);

oo.    *Thomas v. Pratt, et al.*; Case No. 1416-CV11180 in the Circuit Court of Jackson County, MO (7/2015);

pp.    *Parrott v. Langley*; Case No. 14-CV-00044 in the District Court of Atchison County, KS (6/2015);

qq.    *Alberty v. Benes, et al.*; Case No. 13AE-CV01525 in the Circuit Court of Platte County, MO (12/2014);

rr.    *Carnahan v. Casey*; Case No. 13RA-CV00702 in the Circuit Court of Randolph County, MO (9/2014);

ss.    *Hicks v. Whitaker Holdings, Inc.*; Case No. 1316-CV27356 in the Circuit Court of Jackson County, MO (9/2014); and

tt.    *Riggs v. State of Missouri*, Case No. 1116-CV02405 in the Circuit Court of Jackson County, MO (11/2013).

11.    I was recognized in Missouri Lawyer's Weekly as having one of the top 10 employment discrimination verdicts in Missouri in 2015 (*Kader v. Harris Stowe State University*).

5

12.    In 2022, I was recognized in Missouri Lawyer's Weekly as having the top single-plaintiff employment discrimination verdict in Missouri in 2022 (*Wiseman v. Missouri Department of Corrections*).

13.    I have been a member of the National Employment Lawyers Association for several years and have attended multiple litigation seminars throughout the country, including the Gerry Spence Trial Lawyers College in July 2018.

14.    I am a member of the Board of Governors for the Missouri Association of Trial Attorneys.

15.    I am a member of the Kansas City Employment Lawyers Association, through which I have associated with, and been trained by, Dennis Egan, Marty Meyers, Gene Graham, Marie Gockel, Lynn Bratcher, David Lunceford, and many other fantastic employment discrimination attorneys.

16.    In September 2019, I was selected by the Missouri Bar Foundation to receive one of three 2019 Lon O. Hocker Awards, an honor bestowed upon "those lawyers who exemplify the qualities of a trial lawyer, including professionalism and high ethical conduct. The recipients are chosen based on their demonstrated balance between zealousness and honor, strength and courtesy, and confidence and respect. They must possess a quick wit in the courtroom that is supported by meticulous preparation in the pursuit of truth."[1]

17.    I was recently selected for membership in the American Board of Trial Advocates, an invitation-only organization dedicated to fighting to preserve and protect Americans' Seventh Amendment right to a civil jury trial, to support judicial independence, and to promote civility and professionalism by members of the bar and bench.

---

[1] http://mobarfoundation.org/foundation-awards/lon-o-hocker-awards

18.     I have represented Plaintiffs since January 11, 2023.

19.     Preparing this case for trial and then trying it took away from my ability to work on or accept other employment that would have been less risky.  Moreover, the time required by the demands of preparing the cause for trial delayed my other work.

20.     All work performed by my firm on this case has been done on a contingent fee basis. I have not been compensated for the work performed on, or time devoted to, Plaintiffs' case. Any expenses advanced in this case have not been reimbursed, and no expenses would be reimbursed had Plaintiff not prevailed at trial.

21.     Attached hereto as **Exhibit 1** is a copy of my billing records. I attest to their accuracy, their reasonableness, and the necessity of the time spent litigating this case on behalf of Plaintiffs.

22.     Effective January 1, 2024, my hourly rate increased from $750 per hour for work done on employment litigation files, which was approved in the cases of *Valdivia v. Missouri Department of Corrections*, Case No.  2016-CV00435 in the Circuit Court of Jackson County, Missouri; *Carrillo v. Missouri Department of Corrections*, Case No. 1916-CV21514; *Radmer v. Missouri Department of Corrections*, Case No. 21BU-CC00170 in the Circuit Court of Buchanan County, Missouri; and *Ingram v. Nationwide Trailer, LLC,* Case No. 2216-CV14839, to $760 per hour (a $10 hourly increase from my prior billing rate).  This increase is reasonable in light of the following:

   a.     the range of legal fees charged by lawyers in employment cases as published in the November 2022 edition of Missouri Lawyers' Weekly (**attached hereto as Exhibit 2**);

   b.     my continued knowledge, skill, and experience in trying both

personal injury and employment cases, especially those brought

pursuant to the Missouri Human Rights' Act and Title VII, and

the unparalleled verdicts obtained in those cases;

c.     my continued willingness to assist clients and other lawyers who

increasingly seek out my assistance to help them try their cases;

and

d.     the trial skills demonstrated in this case.

23.     I am familiar with the rates charged by attorneys practicing in the areas of employment, civil rights, and public interest, and those services range from a low end of $250 per hour (for attorneys with little or no experience) to $950 per hour (for more experienced trial lawyers).

24.     I have familiarized myself with the rates charged by other employment/civil rights/public interest attorneys and the rates charged by other employment attorneys. Given the feedback I have received about my trial experience and results, my willingness to take on (and assist with) difficult cases, and the success I have had on behalf of my clients, the rate of $760 per hour is justified and reasonable. My standard hourly rate is in line with rates charged by similarly experienced trial attorneys for the same type of work in the Kansas City metropolitan area.

25.     I only know of a few other lawyers who are willing to go to trial as often as I am. In the past 18 months, I have tried more cases to verdict than almost any other lawyer in the greater Kansas City area. In this calendar year alone, I have tried 5 jury trials to verdict and have two more on the calendar. This has required significant sacrifices in my personal life—sacrifices most people are unwilling (or unable) to make.

26.     I believe my skill set is unique and that I bring to each trial a study, work ethic, and

manner that consistently yields significant verdicts, even in cases that are extremely difficult.

27.    My approach, the number of cases I have tried in the last 10 years, the verdicts I have obtained on behalf of my clients, and the fact that other lawyers seek out my services to help them try their most difficult cases justifies an hourly rate that is as high as anyone else in the profession, particularly among lawyers who handle employment cases.

28.    After familiarizing myself with the rates charged by other employment/civil rights/public interest attorneys in the legal communities in Kansas and Missouri, and considering Plaintiffs' trial team's willingness to take on and try this case even in the face of difficult facts and legal issues, it is my belief and opinion that the following fees for the attorneys in this case (including those with the Employee Rights Law Firm) are reasonable and well within the range of prevailing rates for services in employment cases:

        a.    $760/hour for my work;

        b.    $550/hour for Chris Playter's work;

        c.    $850/hour for Mark Jess's work; and

        d.    $600/hour for Christie Jess's work.

29.    My hourly rate, the time expended, and the expenses I incurred are all reasonable and within the range of prevailing rates for such services in employment cases. The rates are reasonable and appropriate for the reasons set forth herein.

30.    For the reasons set forth herein and in *Plaintiffs' Motion for an Award of Attorneys' Fees,* I respectfully ask this Court to approve the attorneys' fees and costs as set forth therein.

Under penalty of perjury, I hereby state the above and foregoing to be true and accurate to the best of my knowledge and belief.

FURTHER, AFFIANT SAYETH NAUGHT.

Eric S. Playter

SUBSCRIBED AND SWORN TO before me this 5th day of November, 2024.

GINETTE L RITTER
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 23141007
My Commission Expires 09-13-2027

Notary Public

My Commission Expires: 09-13-2027

10

**Playter & Playter, LLC**
7608 Raytown Road
Kansas City, MO 64138
(816) 666-8902

Playter & Playter, LLC

**Colleen Stuart**

| | |
|---|---|
| **Balance** | $158,080.00 |
| **Invoice #** | 00337 |
| **Invoice Date** | October 21, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | October 21, 2024 |

## Stuart, et al. v. City of Topeka

### Time Entries

| Date | EE | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|
| 03/01/2022 | EP | Initial review and analysis of file materials provided by Christie Jess, co-counsel | $760.00 | 4.7 | $3,572.00 |
| 01/11/2023 | EP | Review, analyze and edit draft Complaint received from Mark Jess, co-counsel | $760.00 | 0.5 | $380.00 |
| 01/15/2023 | EP | Correspondence with Mark Jess, co-counsel, re: new Topeka lawsuit and co-counsel arrangement | $760.00 | 0.3 | $228.00 |
| 01/19/2023 | EP | Review and analysis of incoming pleadings: Civl Cover Sheet | $760.00 | 0.1 | $76.00 |
| 01/19/2023 | EP | Review and analysis of incoming pleadings: Designation of Place of Trial | $760.00 | 0.1 | $76.00 |
| 01/19/2023 | EP | Review and analysis of incoming pleadings: Notice of Judge Assignment and Notice of Magistrate Judge Availability | $760.00 | 0.2 | $152.00 |
| 01/19/2023 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: summonses to be issued to Defendants | $760.00 | 0.1 | $76.00 |
| 01/19/2023 | EP | Receipt and review of incoming email and accompanying attachments from Katrina Carrillo, Court Operations Specialist, re: summons and instructions concerning Notice of Availability of Magistrate Judge | $760.00 | 0.2 | $152.00 |
| 01/19/2023 | EP | Receipt and review of incoming email from Melissa Brunner, Anchor/Managing Editor for WIBW-TV, re: case filing and request for interview/statement | $760.00 | 0.1 | $76.00 |
| 01/20/2023 | EP | Telephone call with Timothy Hrenchir, Topeka Capital-Journal, re: case filed yesterday | $760.00 | 0.1 | $76.00 |
| 01/20/2023 | EP | Receipt and review of incoming email from Timothy Hrenchir, cjonline.com, re: questions concerning recent filing | $760.00 | 0.1 | $76.00 |
| 01/20/2023 | EP | Correspondence with clients and co-counsel re: recent news stories about lawsuit (multiple emails) | $760.00 | 0.3 | $228.00 |
| 01/20/2023 | EP | Correspondence with Mark Jess, co-counsel, and Shelly Starr, Topeka Chief of Litigation, re: service of process (multiple emails) | $760.00 | 0.2 | $152.00 |

**EXHIBIT 1**

| 01/26/2023 | EP | Correspondence with Colleen Stuart, client, re: witness list, supporting documentation for discovery, subpoenas, and other discovery | $760.00 | 0.2 | $152.00 |
|---|---|---|---|---|---|
| 01/27/2023 | EP | Telephone call with Mark Jess, co-counsel, re: response to client concerning discovery issues and potential additional defendants; receipt and review of correspondence from Mark Jess, co-counsel, re: same | $760.00 | 0.2 | $152.00 |
| 02/07/2023 | EP | Review and analysis of incoming pleadings: Clerk's Extension | $760.00 | 0.1 | $76.00 |
| 02/07/2023 | EP | Review and analysis of incoming pleadings: Initial Order Regarding Planning and Scheduling; calendar same; receipt and review of incoming email from Phillip Gragson, defense counsel, re: answer date and Clerk's extension | $760.00 | 0.3 | $228.00 |
| 02/09/2023 | EP | Receipt and review of incoming email from Dorothy Klieg, Courtroom Deputy, re: Gragson's inquiry about Clerk's extension and continuance of hearing; correspondence with counsel of record re: same; review and analysis of incoming pleadings: Defendant's Motion to Suspend Scheduling Conference and Related Deadlines and Order granting same | $760.00 | 0.5 | $380.00 |
| 02/22/2023 | EP | Correspondence with clients and co-counsel re: Jana Harden promotion and similar offer of promotion to Jennifer Cross (multiple emails) | $760.00 | 0.6 | $456.00 |
| 02/23/2023 | EP | Review and analysis of incoming pleadings: Answer to Complaint | $760.00 | 0.2 | $152.00 |
| 02/24/2023 | EP | Correspondence with clients and co-counsel re: promotion offers and city manager concerns (multiple emails); review and analysis of incoming pleadings: Initial Order Regarding Planning and Scheduling; calendar same; | $760.00 | 0.5 | $380.00 |
| 02/27/2023 | EP | Receipt and review of incoming email and accompanying attachments from Christie Jess, co-counsel, re: initial scheduling order and draft Rule 26 disclosures; review, analyze, and edit draft Rule 26 disclosures | $760.00 | 0.4 | $304.00 |
| 02/27/2023 | EP | Correspondence with co-counsel and client's re: response to Jeralyn Wheeles' retaliation and ongoing hostile working environment and disclosure of personnel information (multiple emails); meeting with Chris Playter, co-counsel, re: edits to draft statement to defense counsel concerning same; receipt and review of incoming email from Philip Gragson, defense counsel, re: response and potential investigation into Jeralyn Wheeles' disclosure issues | $760.00 | 0.7 | $532.00 |
| 03/01/2023 | EP | Receipt and review of incoming emails from Mark Jess, co-counsel, re: Gragson response to Jeralyn Wheeles' allegations and confidential communications reminder (multiple emails) | $760.00 | 0.3 | $228.00 |
| 03/02/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: clarification of alleged statements by Jeralyn Wheeles for investigation purposes | $760.00 | 0.1 | $76.00 |
| 03/02/2023 | EP | Correspondence with co-counsel and clients re: client meeting, witness statements obtained, and obtaining affidavits (multiple emails) | $760.00 | 0.5 | $380.00 |
| 03/06/2023 | EP | Receipt and review of incoming emails among co-counsel and defense counsel re: Rule 26 Conference (multiple emails) | $760.00 | 0.2 | $152.00 |
| 03/08/2023 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: schedule of dates; review, analyze and edit proposed schedule | $760.00 | 0.2 | $152.00 |
| 03/10/2023 | EP | Travel to/from Topeka, Kansas for client meeting with co-counsel; attend client meeting | $760.00 | 4.8 | $3,648.00 |

| 03/15/2023 | EP | Review, analyze and edit proposed Scheduling Order; receipt and review of incoming email from Christie Jess, co-counsel, re: proposed Scheduling Order and proposed Protective Order | $760.00 | 0.3 | $228.00 |
|---|---|---|---|---|---|
| 03/20/2023 | EP | Correspondence with co-counsel and clients re: Rule 26 Disclosures; review, analyze and edit proposed Rule 26 Disclosures prepared by Chris Playter, co-counsel; review and analyze Dropbox updates and documents uploaded by Christie Jess, co-counsel | $760.00 | 1.1 | $836.00 |
| 03/21/2023 | EP | Review and analyze client information uploaded by Colleen Stuart, client, for Rule 26 Disclosures; receipt and review of incoming email from Christie Jess, co-counsel, re: same | $760.00 | 0.3 | $228.00 |
| 03/22/2023 | EP | Receipt and review of incoming email from Colleen Stuart, client, re: Google document outlining information to be included in Rule 26 Disclosures | $760.00 | 0.1 | $76.00 |
| 03/23/2023 | EP | Receipt and review of incoming email from Jennifer Cross, client, re: intimidation by Topeka Police Department; review and analyze Operational Assessment by Jensen Hughes; correspondence with clients re: Rule 26 disclosure draft and extension of time to exchange until Monday (multiple emails) | $760.00 | 0.6 | $456.00 |
| 03/24/2023 | EP | Review and analyze client responses to draft Initial Rule 26 Disclosures; review and edit changes made by Chris Playter, co-counsel; receipt and review of incoming email from Chris Playter, co-counsel, re: final draft of Rule 26 Dislcosures | $760.00 | 0.5 | $380.00 |
| 03/25/2023 | EP | Review and analyze proposed final Scheduling Order; correspondence with counsel of record re: edits to proposed Scheduling Order (multiple emails) | $760.00 | 0.3 | $228.00 |
| 03/26/2023 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: Plaintiffs' Rule 26 Disclosures | $760.00 | 0.1 | $76.00 |
| 03/27/2023 | EP | Receipt and review of incoming email from Dorothy Kliem, Courtroom Deputy, re: no initial disclosures from Defendants and email from Phillip Gragson providing same; review and analysis of incoming pleadings: Defendants' Initial Rule 26 Disclosures | $760.00 | 0.5 | $380.00 |
| 03/31/2023 | EP | Correspondence with clients and co-counsel re: today's promotions and difference between today and prior promotional ceremonies (multiple emails) | $760.00 | 0.3 | $228.00 |
| 04/03/2023 | EP | Receipt and review of incoming email and accompanying attachments from Christie Jess, co-counsel, re: draft Protective Order and Joint Motion for entry of same; review, analyze, and edit draft Protective Order | $760.00 | 0.4 | $304.00 |
| 04/05/2023 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: exchange of Rule 26 documents; review and analyze Minute Entry re: Scheduling Conference held today and Scheduling Order; calendar same; correspondence with clients re: production of Rule 26 documents | $760.00 | 0.3 | $228.00 |
| 04/06/2023 | EP | Receipt and review of incoming correspondence from Christie Jess and Mark Jess, co-counsel, re: changes to Protective Order per Judge Swartz's directives, final draft of Protective Order for review by defense counsel, and filing of same; review and analyze incoming pleading: Joint Motion for Protective Order; | $760.00 | 0.3 | $228.00 |
| 04/07/2023 | EP | Receipt and review of incoming email from Jennifer Cross, client, re: Facebook data and disclosure questions | $760.00 | 0.1 | $76.00 |
| 04/10/2023 | EP | Receipt and review of incoming email from Mark Jess, co-counsel, re: Plaintiffs' good faith settlement offer and mediation | $760.00 | 0.1 | $76.00 |
| 04/11/2023 | EP | Receipt and review of incoming emails from clients re: emotional distress damages checklist and backup data for Stuart's economic damages | $760.00 | 0.4 | $304.00 |

| 04/12/2023 | EP | Receipt and review of economic loss data for Jana Harden, client | $760.00 | 0.2 | $152.00 |
|---|---|---|---|---|---|
| 04/13/2023 | EP | Receipt and review of incoming email from Dorothy Kliem, Courtroom Deputy, re: Judge Swartz's edits to proposed Scheduling Order; review and analysis of incoming pleadings: Order Granting Joint Motion for Protective Order; correspondence with co-counsel re: concerns over Protective Order edits with regard to client medical records (multiple emails) | $760.00 | 0.3 | $228.00 |
| 04/18/2023 | EP | Receipt and review of incoming email and accompanying attachments from Colleen Stuart, client, re: 2017-2022 Competency Analyses; begin review and analysis of Defendants' Initial Rule 26 Disclosure documents; | $760.00 | 2.2 | $1,672.00 |
| 04/19/2023 | EP | Continue review and analysis of Defendant's Initial Rule 26 documents | $760.00 | 5.1 | $3,876.00 |
| 04/20/2023 | EP | Receipt and review of incoming email and accompanying attachments from Robin Alvarez, legal assistant for defense counsel, re: Defendant's opening written discovery requests to Plaintiffs; review and analysis of incoming pleadings: Notice of Service; correspondence with clients re: Defendant's opening discovery requests and meeting to response to same (multiple emails) | $760.00 | 0.5 | $380.00 |
| 04/21/2023 | EP | Telephone call with co-counsel re: addressing the Court's proposed edits to Agreed Protective Order; correspondence with clients re: phone call to discuss initial responses to Defendant's opening discovery requests (multiple emails); receipt and review of incoming email from Phillip Gragson, defense counsel, re: proposed modification of Protective Order and "attorneys-eyes-only" proposal (multiple emails); | $760.00 | 0.4 | $304.00 |
| 04/25/2023 | EP | Receipt and review of incoming email from Dorothy Kliem, Courtroom Deputy, re: meet and confer obligation and additional edits to Protective Order; receipt and review of incoming email from Phillip Gragson, defense counsel, re: confidential settlement offer; brief meeting with Chris Playter, co-counsel, re: same | $760.00 | 0.3 | $228.00 |
| 04/26/2023 | EP | Receipt and review of incoming emails among counsel of record re: modifications to Protective Order and Zoom conference re: same; correspondence with co-counsel re: defense counsel's response to proposed edits to Protective Order (multiple emails); | $760.00 | 0.3 | $228.00 |
| 05/01/2023 | EP | Review, analyze, and edit draft opening discovery to Defendant; receipt and review of incoming email from Chris Playter, co-counsel, re: same; correspondence with clients re: same; receipt and review of incoming email from Mark Jess, co-counsel, re: resolution of Protective Order issues and Judge Waxse's opinion in Owens v. Sprint | $760.00 | 0.7 | $532.00 |
| 05/08/2023 | EP | Correspondence with co-counsel and clients re: opening discovery to Defendants, questions concerning discovery responses to social media inquiries, and final attempts to resolve Protective Order without court intervention (multiple emails) | $760.00 | 0.3 | $228.00 |
| 05/09/2023 | EP | Receipt and review of incoming email from Dorothy Kliem, Courtroom Deputy, re: mediation notice and confidential settlement reports; correspondence with counsel of record re: proposed mediators | $760.00 | 0.2 | $152.00 |
| 05/10/2023 | EP | Receipt and review of incoming correspondence from Phillip Gragson, defense counsel, re: limitations on providing medical records to clients | $760.00 | 0.1 | $76.00 |
| 05/12/2023 | EP | Review, analyze, and edit Answers to Interrogatories provided by Jennifer Cross, client; | $760.00 | 0.8 | $608.00 |

| 05/16/2023 | EP | Review and analyze draft objections to Defendants' opening discovery requests; receipt and review of incoming email from Chris Playter, co-counsel, re: same | $760.00 | 0.8 | $608.00 |
|---|---|---|---|---|---|
| 05/18/2023 | EP | Review and analysis of incoming pleadings: Order re: Mediation | $760.00 | 0.1 | $76.00 |
| 05/19/2023 | EP | Review, analyze, and finalize clients' Interrogatory Answers; receipt and review of incoming email from Christie Jess, co-counsel, re: final versions of same provided to defense counsel | $760.00 | 1.5 | $1,140.00 |
| 05/24/2023 | EP | Receipt and review of incoming emails among counsel of record re: Larry Rule as mediator (multiple emails) | $760.00 | 0.1 | $76.00 |
| 05/30/2023 | EP | Correspondence among counsel of record re: mediation deadline, mediator details, and July 7 mediation date (multiple emails) | $760.00 | 0.3 | $228.00 |
| 06/01/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: Golden Rule Letter and mediation position statement | $760.00 | 0.1 | $76.00 |
| 06/02/2023 | EP | Correspondence with co-counsel and clients re: mediation (multiple emails); receipt and review of incoming correspondence from Philip Gragson, defense counsel, re: Golden Rule Letter; receipt and review of incoming emails from Christie Jess, co-counsel, and Kara Eisenhut, defense counsel, re: Joint Mediation Notice and filing of same (multiple emails): review and analysis of incoming pleadings: Joint Mediation Notice | $760.00 | 0.5 | $380.00 |
| 06/07/2023 | EP | Receipt and review of incoming email and accompanying attachment from Robin Alvarez, legal assistant to defense counsel, re: proposed Agreed Order to Extend Time for Discovery Responses | $760.00 | 0.1 | $76.00 |
| 06/08/2023 | EP | Receipt and review of incoming email from Dorothy Kliem, Courtroom Deputy, re: no action on Defendant's proposed Order on Defendant's Motion for Extension of Time to respond to discovery; receipt and review of incoming email from Christie Jess, co-counsel, to defense counsel re: Jennifer Cross medication list and additional responses to Golden Rule topics identified by defense counsel | $760.00 | 0.2 | $152.00 |
| 06/09/2023 | EP | Review and analysis of incoming pleadings: Defendants' Unopposed Motion for Extension of Time To Respond to Discovery | $760.00 | 0.1 | $76.00 |
| 06/12/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: Golden Rule information and setting depositions; Review and analysis of incoming pleadings: Order Granting Defendants' Unopposed Motion for an Extension of Time to Respond to Discovery | $760.00 | 0.2 | $152.00 |
| 06/23/2023 | EP | Correspondence with clients re: relevant social media data and downloading same | $760.00 | 0.1 | $76.00 |
| 06/24/2023 | EP | Review and analyze incoming documents: Colleen Stuart's facebook data download for production to defense counsel | $760.00 | 1.2 | $912.00 |
| 06/29/2023 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: Cross and Stuart facebook data production, edits to proposed stipulation, and other Golden Rule topics | $760.00 | 0.1 | $76.00 |
| 07/07/2023 | EP | Receipt and review of incoming email from Kara Eisenhut, defense counsel, re: Defendant's Records Retention Policy; review and analyze same for relevant retention dates on requested records | $760.00 | 0.3 | $228.00 |
| 07/20/2023 | EP | Receipt and review of incoming correspondence among counsel of record re: depositions, discussions with mediator concerning same, additional witnesses, and logistics (multiple emails) | $760.00 | 0.3 | $228.00 |

| 07/21/2023 | EP | Receipt and review of incoming correspondence among counsel of record re: depositions (continued discussion, multiple emails) | $760.00 | 0.2 | $152.00 |
|---|---|---|---|---|---|
| 07/25/2023 | EP | Review and analysis of incoming pleadings: ADR Report | $760.00 | 0.1 | $76.00 |
| 07/25/2023 | EP | Correspondence with co-counsel and clients re: depositions (multiple emails) | $760.00 | 0.4 | $304.00 |
| 08/02/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: production of Defendants' witnesses for deposition | $760.00 | 0.1 | $76.00 |
| 08/04/2023 | EP | Correspondence with co-counsel and clients re: depositions and meetings to prepare for same (multiple emails) | $760.00 | 0.3 | $228.00 |
| 08/04/2023 | EP | Review and analysis of incoming pleadings: Notice of Deposition (multiple) | $760.00 | 0.2 | $152.00 |
| 08/06/2023 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: deposition schedule of Defendants' witnesses | $760.00 | 0.1 | $76.00 |
| 08/07/2023 | EP | Correspondence with co-counsel re: division of labor on depositions of Defendants' witnesses (multiple emails) | $760.00 | 0.2 | $152.00 |
| 08/24/2023 | EP | Receipt and review of incoming email from Sean McCauley, counsel for Kim Hanika and Donna Eubanks, fact witnesses, re: depositions and attendance at same | $760.00 | 0.1 | $76.00 |
| 08/26/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, to Sean McCauley, counsel for Kim Hanika and Donna Eubanks, re: objection to attendance at depositions and other issues that may come up during depositions | $760.00 | 0.1 | $76.00 |
| 08/28/2023 | EP | Receipt and review of incoming email from Sean McCauley, counsel for Kim Hanika and Donna Eubanks, fact witnesses, re: rules of depositions of clients; correspondence with clients re: materials to review in advance of deposition preparation meetings; receipt and review of incoming email from Christie Jess, co-counsel, re: Zoom link to Plaintiffs' depositions | $760.00 | 0.3 | $228.00 |
| 09/03/2023 | EP | Receipt and review of incoming correspondence and accompanying attachment from Colleen Stuart, client, re: proposed questions for Chief Wheeles' deposition (multiple emails) | $760.00 | 0.3 | $228.00 |
| 09/04/2023 | EP | Receipt and review of incoming email and accompanying attachments from Jennifer Cross, client, re: additional documents for production and/or that should have been included in Defendants' document production (multiple emails) | $760.00 | 0.2 | $152.00 |
| 09/06/2023 | EP | Receipt and review of incoming email and accompanying attachment from Colleen Stuart, client, re: questions relevant to Jacque Russell deposition | $760.00 | 0.2 | $152.00 |
| 09/10/2023 | EP | Correspondence with co-counsel and clients re: additional documents to ask Defendants to produce in light of deposition testimony elicited thus far (multiple emails) | $760.00 | 0.2 | $152.00 |
| 09/13/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: depositions and reaching out to Mediator Larry Rute; receipt and review of incoming correspondence among counsel of record and Larry Rute, mediator, re: mediation (multiple emails) | $760.00 | 0.2 | $152.00 |
| 09/20/2023 | EP | Receipt and review of incoming email and accompanying from Robin Alvarez, legal assistant to defense counsel, re: Defendants' First Request for Admissions to Plaintiffs; review and analyze Defendants' First Request for Admissions to Plaintiffs and accompanying exhibit | $760.00 | 0.3 | $228.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/21/2023 | EP | Receipt and review of incoming email and accompanying attachment from Robin Alvarez, Legal Assistant to defense counsel, re: Defendants' Supplemental Initial Disclosures; compare Supplemental Disclosures to Defendants' Initial Rule 26 Disclosures | $760.00 | 0.5 | $380.00 |
| 09/22/2023 | EP | Review and analyze Defendants' Supplemental Disclosure Documents 1-10; receipt and review of incoming emails from Christie Jess, co-counsel, to clients re: deposition review and corrections (multiple emails) and to Phillip Gragson, defense counsel, re: moving Plaintiffs' firearms training dates | $760.00 | 0.9 | $684.00 |
| 10/03/2023 | EP | Receipt and review of incoming emails among counsel of record re: depositions and mediation (multiple emails) | $760.00 | 0.2 | $152.00 |
| 10/05/2023 | EP | Receipt and review of incoming email from Collen Stuart, client, re: Topeka Fire lawsuits; review and analyze Dorsey v. City of Topeka, et al. | $760.00 | 0.3 | $228.00 |
| 10/05/2023 | EP | Receipt and review of incoming email from Jennifer Cross, client, re: areas of inquiry for depositions of Steven Wade and Jamey Haltom and spreadsheet analyzing promotional disparities | $760.00 | 0.4 | $304.00 |
| 10/10/2023 | EP | Review and analyze client analysis of Wheeles' elimination of major positions and blocking/inhibiting promotions of female officers (multiple emails) | $760.00 | 0.3 | $228.00 |
| 10/13/2023 | EP | Receipt and review of incoming email from Kara Eisenhut, defense counsel, re: Defendants' responses to Plaintiffs' Second Request for Production of Documents; review and analyze City of Topeka investigative file re: Kim Hanika complaint, policies and procedure, and employment data produced | $760.00 | 0.5 | $380.00 |
| 10/17/2023 | EP | Receipt and review of incoming emails from Kara Eisenhut, defense counsel, re: response to Plaintiffs' proposed email to send to the Court concerning discovery disputes and supplemental document production from Jacque Russell (multiple emails) | $760.00 | 0.2 | $152.00 |
| 10/18/2023 | EP | Receipt and review of incoming correspondence among counsel of record re: discovery disputes (multiple emails) | $760.00 | 0.2 | $152.00 |
| 10/20/2023 | EP | Review and analyze Plaintiffs' Responses to Defendants' First Request for Admissions | $760.00 | 0.3 | $228.00 |
| 10/24/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: last minute discovery issues and requested adjustments to the Court's Scheduling Order | $760.00 | 0.1 | $76.00 |
| 10/25/2023 | EP | Receipt and review of incoming emails among counsel of record re: documents missing from Murdick investigation file and Joint Motion to Modify Scheduling Order (multiple emails) | $760.00 | 0.2 | $152.00 |
| 10/26/2023 | EP | Review and analysis of incoming pleadings: Order Granting Motion to Amend Scheduling Order; calendar new dates | $760.00 | 0.2 | $152.00 |
| 11/09/2023 | EP | Correspondence with Jennifer Cross, client, re: internal investigation; review and analyze Alicia Guerrero-Chavez letter re: same | $760.00 | 0.2 | $152.00 |
| 11/17/2023 | EP | Receipt and review of incoming email from Jennifer Cross, client, re: Stephen Wade suit against City | $760.00 | 0.1 | $76.00 |
| 11/21/2023 | EP | Receipt and review of incoming email from Philip Gragson, defense counsel, re: Pre-Trial Order and phone call to discuss same | $760.00 | 0.1 | $76.00 |
| 11/27/2023 | EP | Correspondence with co-counsel and clients re: Pre-Trial Order stipulated facts, admissibility of exhibits, damages, and Plaintiffs' factual contentions (multiple emails); correspondence among counsel of record re: Pre-Trial Order (multiple emails) | $760.00 | 1.1 | $836.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/28/2023 | EP | Correspondence with co-counsel and clients re: Plaintiffs' damages calculations for Pre-Trial Order (multiple emails) | $760.00 | 0.3 | $228.00 |
| 12/04/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: Plaintiffs' damages calculation and draft Pre-Trial Order; Receipt and review of incoming email from Robin Alvarez, Legal Assistant to defense counsel, re: Pre-Trial Order submitted to Court with Plaintiffs' damages calculations included | $760.00 | 0.2 | $152.00 |
| 12/07/2023 | EP | Review and analyze Judge Schwartz's revised Pre-Trial Order following Pre-Trial Conference; | $760.00 | 0.3 | $228.00 |
| 12/13/2023 | EP | Receipt and review of incoming email and accompanying attachments from Robin Alvarez, Legal Assistant to defense counsel, re: revised Pre-Trial Order submitted to the Court | $760.00 | 0.2 | $152.00 |
| 12/14/2023 | EP | Receipt and review of incoming email from Dorothy Kliem, Courtroom Deputy to Magistrate Judge Schwartz, re: additional edits to Pre-Trial Order required by Judge | $760.00 | 0.1 | $76.00 |
| 12/22/2023 | EP | Review and analysis of incoming pleadings: Pre-Trial Order (final) | $760.00 | 0.2 | $152.00 |
| 12/26/2023 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: motion to exceed MSJ page limit | $760.00 | 0.1 | $76.00 |
| 12/28/2023 | EP | Review and analysis of incoming pleadings: Defendants' Motion for Leave to File Excess Pages and Court's Order granting same | $760.00 | 0.2 | $152.00 |
| 01/09/2024 | EP | Receipt and review of incoming email from Phillip Gragson, defense counsel, re: extension of time to file MSJ; review and analysis of incoming pleadings: Defendants' Motion for Extension of Time to File and Order granting same | $760.00 | 0.2 | $152.00 |
| 01/11/2024 | EP | Review and analysis of incoming pleadings: Motion for Trial Placement to be Determined in Topeka and Memorandum in Support of same | $760.00 | 0.2 | $152.00 |
| 01/12/2024 | EP | Review and analysis of incoming pleadings: Plaintiffs' Motion for Determination of Place of Trial and Memorandum in Support of same; | $760.00 | 0.2 | $152.00 |
| 01/20/2024 | EP | Review and analysis of incoming pleadings: Defendants' Motion for Summary Judgment and Memorandum in Support of same | $760.00 | 1.2 | $912.00 |
| 01/29/2024 | EP | Review and analysis of incoming pleadings: Plaintiffs' Motion for Leave to File Excess Pages, Plaintiffs' Unopposed Motion for Extension of Time to File MSJ Response, and Orders granting same | $760.00 | 0.2 | $152.00 |
| 02/01/2024 | EP | Correspondence with co-counsel re: division of labor on MSJ response; review of Statement of Uncontroverted Material Facts to discuss with Chris Playter, co-counsel | $760.00 | 1.6 | $1,216.00 |
| 02/06/2024 | EP | Meeting with Chris Playter, co-consel, re: response to Statement of Uncontroverted Material Facts in Defendants' MSJ | $760.00 | 0.2 | $152.00 |
| 02/07/2024 | EP | Correspondence with Jennifer Cross, client, re: specific responses to certain Statements of Uncontroverted Material Fact in Defendants' MSJ; review and analyze Cross's redlined responses | $760.00 | 0.5 | $380.00 |
| 02/09/2024 | EP | Client correspondence (multiple emails) and redline responses to Defendants' Statement of Uncontroverted Material Facts | $760.00 | 1.1 | $836.00 |

| 02/14/2024 | EP | Receipt and review of incoming email from Chris Playter, co-counsel, re: draft of response to Defendants' Statement of Uncontroverted Material Facts; review, analyze, and edit same; receipt and review of incoming email from Mark Jess, co-counsel, re: illness and need for additional time to finalize response to MSJ | $760.00 | 1.4 | $1,064.00 |
|---|---|---|---|---|---|
| 02/15/2024 | EP | Review and analysis of incoming pleadings: Plaintiffs' Second Motion for Extension of Time to Respond to Defendants' MSJ and Order granting same; | $760.00 | 0.2 | $152.00 |
| 02/20/2024 | EP | Correspondence with co-counsel re: Motion for Leave to Amend Complaint and Defendants' Title VII arguments | $760.00 | 0.2 | $152.00 |
| 02/24/2024 | EP | Final edits to MSJ response and correspondence with co-counsel re: same | $760.00 | 1.6 | $1,216.00 |
| 02/26/2024 | EP | Review and analysis of incoming pleadings: Plaintiffs' Motion to Amend Complaint and Plaintiffs' Response to Defendants' MSJ, | $760.00 | 0.1 | $76.00 |
| 03/05/2024 | EP | Review and analysis of incoming pleadings: Defendants' Unopposed Motion for Extension of Time to File Reply in Support of MSJ, Motion for Leave to File Excess Pages in Reply, and Orders granting same | $760.00 | 0.2 | $152.00 |
| 03/11/2024 | EP | Review and analysis of incoming pleadings: Defendants' Response to Plaintiffs' Motion to Amend Complaint and Memorandum in Support of same | $760.00 | 0.5 | $380.00 |
| 03/25/2024 | EP | Review and analysis of incoming pleadings: Defendants' Reply in Support of MSJ | $760.00 | 0.9 | $684.00 |
| 04/02/2024 | EP | Review and analysis of incoming pleadings: Motion for Leave to file Surreply Memorandum in Opposition to Defendants' MSJ | $760.00 | 0.1 | $76.00 |
| 04/08/2024 | EP | Review and analysis of incoming pleadings: Defendants' Response to Plaintiffs' Motion for Leave To File Surreply In Opposition To Defendants' MSJ | $760.00 | 0.1 | $76.00 |
| 07/26/2024 | EP | Review and analysis of incoming pleadings: Trial Scheduling Order | $760.00 | 0.3 | $228.00 |
| 07/29/2024 | EP | Telephone call with co-counsel re: Trial Scheduling Order | $760.00 | 0.1 | $76.00 |
| 08/07/2024 | EP | Telephone call with co-counsel re: Pre-Trial Order, analysis of pending MSJ ruling, coordinating witness appearances with defense counsel, pre-trial deadlines and division of labor | $760.00 | 0.5 | $380.00 |
| 08/07/2024 | EP | Review and analyze pre-trial deadline JERS order summary from Chris Playter, co-counsel | $760.00 | 0.2 | $152.00 |
| 08/08/2024 | EP | Review, analyze and edit Preliminary Exhibit List; pull wage and damages exhibits for inclusion in same; receipt and review of incoming email from Stephen Najarian, trial consultant, re: trial graphics and courtroom presentation materials | $760.00 | 1.2 | $912.00 |
| 08/09/2024 | EP | Telephone call with co-counsel re: preparation for pre-trial conference call with defense counsel; correspondence with co-counsel re: draft email to Court inquiring as to status of summary judgment ruling; review and analysis of incoming pleadings: Memorandum and Order re: Defendants' MSJ | $760.00 | 1.5 | $1,140.00 |
| 08/12/2024 | EP | Review and analysis of incoming pleadings: Order Reassigning Case to Judge Toby Crouse; correspondence with co-counsel re: analysis of same | $760.00 | 0.3 | $228.00 |
| 08/13/2024 | EP | Review and analysis of incoming pleadings: Supplemental Trial Order | $760.00 | 0.1 | $76.00 |
| 08/14/2024 | EP | Receipt and review of incoming email from Christie Jess, co-counsel, re: Plaintiffs' settlement demand | $760.00 | 0.1 | $76.00 |

| 08/17/2024 | EP | Finalize and file Plaintiffs' Witness List and Plaintiffs' Exhibit List | $760.00 | 2.2 | $1,672.00 |
|---|---|---|---|---|---|
| 08/18/2024 | EP | Receipt and review of incoming email from Megan McGivern, Clerk of Court, re: CM/ECF filing of Witness and Exhibit Lists; correspondence with Christie Jess, co-counsel, re: analysis of same | $760.00 | 0.2 | $152.00 |
| 08/19/2024 | EP | Review and analysis of incoming pleadings: Notice of Rescheduled/Canceled Hearing, Defendants' Motion for Leave to file Deposition Testimony of Party Pursuant to Rule 32(a)(3) and Memorandum in Support of same, and Defendants' Witness & Exhibit List | $760.00 | 0.5 | $380.00 |
| 08/20/2024 | EP | Receipt and review of incoming emails among the Court and counsel of record re: telephone conference today (multiple emails); review and analysis of incoming pleadings: Notice of Telephone Conference and Order denying Defendants' Motion for Leave to File Deposition Designations of Party | $760.00 | 0.4 | $304.00 |
| 08/26/2024 | EP | Review and analysis of incoming pleadings: Defendants' Motions in Limine and Memorandum in Support | $760.00 | 1.0 | $760.00 |
| 09/05/2024 | EP | Correspondence with co-counsel re: analysis of Title VII "Employer Practices" language and applicability to defense arguments concerning Jennifer Cross promotion (multiple emails) | $760.00 | 0.3 | $228.00 |
| 09/08/2024 | EP | Correspondence with clients and Christie Jess, co-counsel, re: salary adjustment calculations and Plaintiffs' respective economic damages models (multiple emails) | $760.00 | 0.2 | $152.00 |
| 09/09/2024 | EP | Review, analyze, highlight, and outline deposition testimony of Colleen Stuart, client; begin direct examination outline of Colleen Stuart; telephone call with co-counsel re: jury instruction issues; travel to/from Topeka, Kansas for Pre-Trial Conference; attend Pre-Trial Conference; meeting among counsel of record following Pre-Trial Conference to address stipulations, objections and agreements on parties' proposed jury instructions; begin review of Stephen Wade, fact witness, deposition transcript | $760.00 | 12.9 | $9,804.00 |
| 09/10/2024 | EP | Review, analyze, highlight, and outline deposition testimony of Jana Harden, client; begin direct examination outline of Jana Harden; begin pulling exhibits for use in direct examinations of Stuart and Harden; upload parties' trial exhibits into TrialPad and iAnnotate; begin reviewing, organizing, highlighting and outlining exhibits for use with assigned witnesses; begin cross-examination outline of Stephen Wade | $760.00 | 14.7 | $11,172.00 |
| 09/10/2024 | EP | Review and analysis of incoming pleadings: Orders on parties' Motion in Limine; correspondence with clients and Chris Playter, co-counsel, re: rulings on Motions in Limine and plan for final trial preparation; finalize review, analysis, and outlining of deposition transcript of Stephen Wade, fact witness; continue preparing direct/cross-examination outline of Wade; continue reviewing, highlighting, and outlining exhibits for use with assigned witnesses | $760.00 | 13.2 | $10,032.00 |
| 09/11/2024 | EP | Review and analyze Jacque Russell deposition and anticipated trial testimony outline received from Chris Playter, co-counsel; correspondence with counsel of record re: Murdick exhibits; continue editing direct examination and cross-examination outlines of assigned witnesses | $760.00 | 6.2 | $4,712.00 |

| 09/12/2024 | EP | Meeting with Chris Playter, co-counsel, and Jana Harden, client, re: initial final trial preparation; meeting with Chris Playter, co-counsel, and Colleen Stuart, client, re: initial final trial preparation; receipt and review of incoming emails among counsel of record and the court re: proposed final Jury Instructions, stipulated exhibits, additional exhibits inadvertently not previously provided to the Court, Joint Statement of the Case, and Wheeles as a party defendant (multiple emails); review and analysis of incoming pleadings: Defendant's Motion for Reconsideration on Me Too evidence, Defendant's proposed voir dire, Defendant's Trial Brief, Plaintiff's proposed voir dire, and Plaintiff's Amended Exhibit List; continue preparing direct examination outlines of assigned witnesses and assembling exhibits for use in direct examinations | $760.00 | 12.4 | $9,424.00 |
| 09/13/2024 | EP | Finalize direct and cross-examination outlines of assigned witnesses; review, analyze, and highlight Bryan Wheeles' deposition testimony; phone calls with clients re: Weeles' testimony; modify direct examination outlines to incorporate suggested edits; telephone call with co-counsel re: witness order and analysis of anticipated testimony of each/structuring opening and trial themes; correspondence with co-counsel re: trial subpoenas; review and analyze juror list received from Traci Anderson, Courtroom Deputy; | $760.00 | 8.1 | $6,156.00 |
| 09/14/2024 | EP | Final trial preparation; load exhibits and trial presentation materials; complete examination outlines; re-read Plaintiffs' depositions; create cross-reference exhibit list against Defendant's exhibit list | $760.00 | 10.0 | $7,600.00 |
| 09/15/2024 | EP | Travel to/from Topeka, KS for trial; continue reviewing, analyzing and highlighting depositions of Jana Harden and Colleen Stuart, clients; meeting with Chris Playter, co-counsel, re: topics necessary for coverage with clients; meetings with Chris Playter, co-counsel, and Colleen Stuart and Jana Harden, clients, and their spouses re: trial preparation, direct examination, and non-economic damages testimony; meeting with Chris Playter, co-counsel, and Jennifer Cross, fact/"Me Too" witness, re: trial testimony; review and analyze Defendant's Motion to Reconsider; phone call with Mark and Christie Jess, co-counsel, re: same and debriefing of trial prep meeting with clients and spouses; | $760.00 | 14.0 | $10,640.00 |
| 09/16/2024 | EP | Travel to/from D. Kan. for trial; attend trial (Day 1: Final pre-trial rulings and exhibit stipulations, Jury Selection, Opening Statements, Cross, Russell); post-trial meeting with Chris Playter, co-counsel, re: Defendant's opening statement and attacks on same; meetings with Jana Harden and Colleen Stuart, clients, and Chris Playter, co-counsel, re: direct examination testimony; continue editing/outlining direct examination outlines of Plaintiffs; continue reviewing, analyzing and editing exhibits to use with Plaintiffs in direct examinations | $760.00 | 13.2 | $10,032.00 |
| 09/17/2024 | EP | Travel to/from D. Kan. for trial; attend trial (Day 2: Russell (continued), Wheeles, Haltom, Maisberger, Hanika, Monasmith, Stuart, and Harden); post-trial meeting with Chris Playter, co-counsel, re: today's evidence and anticipated testimony from Defendant's witnesses; conduct Internet research on Michael Kagay, fact witness; prepare cross-examination outline of Michael Kagay; begin outlining closing argument/summation; review, analyze, and edit Court's proposed Jury Instructions | $760.00 | 13.6 | $10,336.00 |
| 09/18/2024 | EP | Travel to/from D. Kan. for trial; attend trial (Day 3: Cochran, Harden, Defendant's Motions for Directed Verdict, Defendant's Case-In-Chief: Wheeles, Kagay, and Trout; Jury Instruction Conference); travel to Kansas City, MO for final review of trial notes; prepare closing argument outline; | $760.00 | 14.1 | $10,716.00 |

| 09/19/2024 | EP | Morning meeting with Chris Playter, co-counsel, re: closing argument; revise closing argument outline based on CRP input; travel to/from D. Kan for trial; attend trial (Day 4: Jury Instructions, Closing Arguments, Jury Deliberations, Verdict) | $760.00 | 5.0 | $3,800.00 |
| | | Totals: | | **208.0** | **$158,080.00** |

**BR10**     **BILLING RATES**

November 2022  |  **Missouri Lawyers Media**  |  WWW.MOLAWYERSMEDIA.COM

## HIGHEST MISSOURI RATES

| RANK | HOURLY RATE | ATTORNEY | FIRM | TITLE | CITY | YEAR | PRACTICE AREA |
|---|---|---|---|---|---|---|---|
| 1 | $1,125 | Norman E. Siegel | Stueve Siegel Hanson | Senior Partner | Kansas City | 2022 | Class Action |
| 2 | $950 | Gary Burger | Burger Law Firm | Partner | St. Louis | 2022 | Employment |
| 2 | $950 | Michael Flannery | Cuneo Gilbert & LaDuca | Attorney | St. Louis | 2022 | Employment |
| 4 | $825 | J. Austin Moore | Stueve Siegel Hanson | Partner | Kansas City | 2022 | Class Action |
| 4 | $825 | Lindsay Todd Perkins | Stueve Siegel Hanson | Partner | Kansas City | 2022 | Class Action |
| 6 | $725 | David Lunceford | Lunceford Law Firm | Partner | Lee's Summit | 2022 | Employment |
| 6 | $725 | Eric Playter | Playter & Playter | Partner | Kansas City | 2022 | Employment |
| 6 | $725 | Richard B. Walsh Jr. | Lewis Rice | Member | St. Louis | 2021 | Missouri Franchise Act |
| 9 | $650 | Christina Neilsen | Lunceford Law Firm | Partner | Lee's Summit | 2022 | Employment |
| 9 | $650 | Dennis Egan | Popham Law Firm | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Lynne Bratcher | Bratcher Gockel Law | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Martin M. Meyers | Meyers Law Firm | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Matt Bartle | Bartle + Marcus | Partner | Kansas City | 2022 | Employment |
| 9 | $650 | Yasmin Zainulbhai | Stueve Siegel Hanson | Senior Counsel | Kansas City | 2022 | Commercial litigation |
| 9 | $650 | Mark J. Pedroli | Pedroli Law | Partner | Clayton | 2022 | Class Action |
| 9 | $650 | Evan Z. Reid | Lewis Rice | Member | St. Louis | 2022 | Civil Rights |
| 17 | $625 | Kevin Baldwin | Baldwin & Vernon | Partner | Kansas City | 2021 | Missouri Franchise Act |
| 18 | $616 | Larry E. Parres | Lewis Rice | Member | St. Louis | 2022 | Employment |
| | | | | | | 2022 | Corporate law |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **ARMSTRONG TEASDALE** | | | | | |
| Thomas J. Fritzlen | Partner | Kansas City | 2021 | $350 | Contract |
| Beverly M. Weber | Partner | Kansas City | 2021 | $350 | Contract |
| Greg Todd | Partner | Kansas City | 2021 | $350 | Contract |
| Sherri Ratliff | Paralegal | Kansas City | 2021 | $130 | Contract |

## IN-STATE

| NAME | TITLE | CITY | YEAR | RATE / HOUR | PRACTICE AREA |
|---|---|---|---|---|---|
| **BROWN & CURRY** | | | | | |
| Dan Curry | Partner | Kansas City | 2021 | $550 | Civil rights |
| Sarah Brown | Partner | Kansas City | 2021 | $550 | Civil rights |
| N/A | Paralegal | Kansas City | 2021 | $150 | Civil rights |

**EXHIBIT 2**