**In the United States District Court
for the District of Kansas**

---

Case No. 23-cv-02021-TC

---

COLLEEN STUART, JANA HARDEN,
JENNIFER CROSS,

*Plaintiffs*

v.

CITY OF TOPEKA, KANSAS,
BRYAN WHEELES,

*Defendants*

---

## JUDGMENT IN A CIVIL CASE

☒   Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☐   Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

The jury returned a verdict in Plaintiffs' favor on their Title VII claims. Doc. 113. Plaintiffs' requests for front pay and back pay were resolved after the trial. Doc. 140. Judgment is entered in Plaintiffs' favor in the total amount of $200,000 to Colleen Stuart and $211,059.20 to Jana Harden. Stuart's award consists of $200,000 in compensatory damages. Harden's award consists of $200,000 in compensatory damages and $11,059.20 in back pay. Plaintiffs' motions for attorney fees, Docs. 116 and 128, remain pending.

Date:  April 22, 2025            SKYLER B. O'HARA
                                 CLERK OF THE DISTRICT COURT

                                 By:   s/ Traci Anderson
                                         Deputy Clerk