IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **COLLEEN STUART, ET. AL.,** | |
| **Plaintiffs,** | |
| vs. | Case No. 23-cv-02021-TC |
| **CITY OF TOPEKA, KANSAS, ET. AL.,** | |
| **Defendants.** | |

## Notice of Appeal

Notice is hereby given that Jennifer Cross, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from an order granting summary judgment against Plaintiff Jennifer Cross dismissing her claims for gender discrimination in violation of Title VII against Defendant, Topeka and violation of 42 U.S.C. Section 1983 against Defendant, Topeka entered in this action on the 9th day of August, 2024.

Respectfully Submitted,
**EMPLOYEE RIGHTS LAW FIRM**
**Law Offices of Mark A. Jess, LLC**


_____/s/ Christie Jess_____
Mark A. Jess                KS No. 16525
Christie Jess               KS No. 78983
4 E. Franklin Street
Liberty, MO 64068
Ph:  816.474.4600
Fx:  816.474.4601
mark.jess@employeerightslawfirm.com
christie.jess@employeerightslawfirm.com

and

**PLAYTER & PLAYTER LLC**
Eric S. Playter, KS #23027
Chris R. Playter, KS #
7608 Raytown Road
Kansas City, MO 64138
(816) 666-8902 (Main)
(816) 666-8903 (Fax)
eric@playter.com
chris@playter.com

*ATTORNEYS FOR THE PLAINTIFF*